B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Continental Refrigerated Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**37-1463721** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**450 Central Avenue**<br>**University Park, IL**<br>ZIP Code **60466** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Continental Refrigerated Services, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Continental Refrigerated Services, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Daniel A. Zazove**
Signature of Attorney for Debtor(s)

**Daniel A. Zazove**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP**
Firm Name

**131 S. Dearborn Street, Suite 1700**
**Chicago, IL 60603-5559**

Address

**312-324-8400  Fax: 312-324-9400**
Telephone Number

**October 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Vandenberg**
Signature of Authorized Individual

**Mark Vandenberg**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 22, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Continental Refrigerated Services, LLC** _____ ,    Case No. _____

                                     Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 842,649.17 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 7,798.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | 8,915,166.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 53 | | | |
| Total Assets | | | 842,649.17 | | |
| Total Liabilities | | | | 8,922,964.51 | |

B6A (Official Form 6A) (12/07)

In re  **Continental Refrigerated Services, LLC**                                      ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Continental Refrigerated Services, LLC**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Checks received from The Horton Group - refund of insurance premium payments** | - | **11,459.17** |
| | | **Checks received from the Village of University Park (estimated amount)** | - | **831,190.00** |

|  | Sub-Total > | **842,649.17** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **842,649.17** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property                    (Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Continental Refrigerated Services, LLC_____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **Continental Refrigerated Services, LLC**                                                  Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADP Inc Fees**<br>**PO Box 78415**<br>**Phoenix, AZ 85062-8415** | | - | **Trade Vendor** | | | | 951.23 | 0.00<br><br>951.23 |
| Account No.<br><br>**ADP INC PAYROLL**<br>**PO Box 78415**<br>**Phoenix, AZ 85062-8415** | | - | **Trade Vendor** | | | | 2,240.47 | 0.00<br><br>2,240.47 |
| Account No.<br><br>**Blue Cross Blue Shield**<br>**Health Care Service Corp**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** | | - | **Trade Vendor** | | | | 4,352.53 | 0.00<br><br>4,352.53 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 |
|---|---|
| 7,544.23 | 7,544.23 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                        ,    Case No. _____

                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | **Trade Vendor** | | | | | |
| **Illinois Dept of Revenue Account 3552-3336 Retailers Occupation Tax Springfield, IL 62796-0001** | - | | | | | | | **0.00** |
| | | | | | | | **254.00** | **254.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **254.00** | **254.00** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **7,798.23** | **7,798.23** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Continental Refrigerated Services, LLC**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| Adams Trucking, Inc.<br>3911 W. 159th Place<br>Markham, IL 60428 | - | | | | | | 48,132.67 |
| Account No. | | | Trade Vendor | | | | |
| Adan's Trucking Inc<br>PO Box 902<br>Bolingbrook, IL 60440 | | | | | | | 20,988.43 |
| Account No. | | | Trade Vendor | | | | |
| Ahlers Enterprises, Inc.<br>P.O. Box 98<br>Laurens, IA 50554 | - | | | | | | 43,199.84 |
| Account No. | | | Trade Vendor | | | | |
| Aicco, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 | - | | | | | | 5,232.60 |
| __42__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 117,553.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| **AIT Worldwide Logistics** **PO Box 66730** **Chicago, IL 60666-0730** | | - | | | | | 2,412.05 |
| Account No. | | | Trade Vendor | | | | |
| **Al-Amin Brothers Transp.** **17585 S. Paxton Ave** **Lansing, IL 60438** | | - | | | | | 137,636.18 |
| Account No. | | | Trade Vendor | | | | |
| **All In Transportation** **122180 S Saddlebrook** **Lemont, IL 60439** | | - | | | | | 58,555.01 |
| Account No. | | | Trade Vendor | | | | |
| **American Arbitration Assoc** **American Center Bldg.** **27777 Franklin Rd, Suite 1150** **Southfield, MI 48034-8208** | | - | | | | | 200.00 |
| Account No. | | | Trade Vendor | | | | |
| **American International Companies** **22427 Network Place** **Chicago, IL 60673-1224** | | - | | | | | 82,632.00 |

Sheet no. __1__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     281,435.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| **Antler Trucking Co 3001 N Broadway St Louis, MO 63147** | - | | | | | | 6,035.54 |
| Account No. | | | Trade Vendor | | | | |
| **Apple Barcode 2608 Napier Lane Flower Mound, TX 75022** | - | | | | | | 8,082.06 |
| Account No. | | | Trade Vendor | | | | |
| **Aqua Star 2025 1st Avenue Suite 200 Seattle, WA 98121** | - | | | | | | 14.00 |
| Account No. | | | Trade Vendor | | | | |
| **Arrow Illinois Company PO Box 17370 Chicago, IL 60617** | - | | | | | | 10,869.68 |
| Account No. | | | Trade Vendor | | | | |
| **Associated Material Handling 133 North Swift Road Addison, IL 60101** | - | | | | | | 13,488.87 |

Sheet no. __2___ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **38,490.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| AT&T Fire Alarm PO Box 8100 Aurora, IL 60507-8100 | | - | | | | | | 115.18 |
| Account No. | | | | Trade Vendor | | | | |
| Atlas Toyota Material Handl 5050 N. River Road Schiller Park, IL 60176 | | - | | | | | | 283.56 |
| Account No. | | | | Trade Vendor | | | | |
| Attn: Bryn Perna Cold transport PO Box 88260 Dept A Chicago, IL 60680 | | - | | | | | | 20,564.31 |
| Account No. | | | | Trade Vendor | | | | |
| Bank of America, N.A. Attn: Sara Clark 135 S. LaSalle Street, Suite 2140 Chicago, IL 60603 | | - | | | | | | Unknown |
| Account No. | | | | Trade Vendor | | | | |
| Bestway Refrigerated Service PO Box 908 Plymouth, FL 32768-0908 | | - | | | | | | 35,639.74 |

Sheet no. __3__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          56,602.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                   ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Big Red Ltl Transport Inc. PO Box 88 Great Meadows, NJ 07838 | | - | | | | | | 30,154.17 |
| Account No. | | | | Trade Vendor | | | | |
| Bill's Produce,Inc 2001 N Indiana Ave Griffith, IN 46319 | | - | | | | | | 12,289.50 |
| Account No. | | | | Trade Vendor | | | | |
| Blue Thunder Truck Brokerage PO Box 88259 Chicago, IL 60680-1259 | | - | | | | | | 112,206.06 |
| Account No. | | | | Trade Vendor | | | | |
| Blue Wave Micro 26895 Aliso Creek Road Aliso Viejo, CA 92656 | | - | | | | | | 3,355.00 |
| Account No. | | | | Trade Vendor | | | | |
| Bruce Schultz Trucking 206 W. Green River Road PO Box 311 Ohio, IL 61349 | | - | | | | | | 25,125.30 |

Sheet no. __4__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

183,130.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| **Business Only Broadband 777 Oakmont Lane Suite 2000 Westmont, IL 60559** | | - | | | | | | 495.00 |
| Account No. | | | | Trade Vendor | | | | |
| **C&C Transport 1901 S Fourth St Suite 25 Effingham, IL 62401** | | - | | | | | | 43,006.89 |
| Account No. | | | | Trade Vendor | | | | |
| **C.B. Distribution 1221 Crain Park Ridge, IL 60068** | | - | | | | | | 0.00 |
| Account No. | | | | Trade Vendor | | | | |
| **Calumet Paint & Wallpaper 12120 Western Avenue Blue Island, IL 60406** | | - | | | | | | 616.81 |
| Account No. | | | | Trade Vendor | | | | |
| **Campbell Soup Company Box 91D 1 Campbell Place Camden, NJ 08103-1799** | | - | | | | | | 4,622.07 |

Sheet no. __5__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      48,740.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Continental Refrigerated Services, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| **Chiquita Express** **250 East Fifth St** **Cincinnati, OH 45202** | - | | | | | | 1,724.00 |
| Account No. | | | Trade Vendor | | | | |
| **Christie's Cold Storage** **920 Black Satchel Dr** **Suite A** **Charlotte, NC 28216** | - | | | | | | 696.00 |
| Account No. | | | Trade Vendor | | | | |
| **Cimco Communications Inc** **PO Box 95900** **Chicago, IL 60694** | - | | | | | | 1,485.43 |
| Account No. | | | Trade Vendor | | | | |
| **Classic Carriers Inc.** **PO Box 295** **Versailles, OH 45380** | - | | | | | | 45,926.27 |
| Account No. | | | Trade Vendor | | | | |
| **Colonial Freight Systems** **PO Box 22168** **Knoxville, TN 37933** | - | | | | | | 51,552.67 |

Sheet no. __6__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 101,384.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Com Ed**<br>**PO Box 805376**<br>**Chicago, IL 60680-5376** | | - | **Trade Vendor** | | | | 34,928.43 |
| Account No.<br><br>**Complete Trucking, Inc.**<br>**4206 Shirley Lane**<br>**Alsip, IL 60803** | | - | **Trade Vendor** | | | | 15,146.25 |
| Account No.<br><br>**Continuing Education Center, Inc.**<br>**P.O. Box 419107**<br>**Kansas City, MO 64141-6107** | | - | **Trade Vendor** | | | | 164.00 |
| Account No.<br><br>**Cool Runnings Inc.**<br>**66884 155th Avenue**<br>**Wabasha, MN 55981** | | - | **Trade Vendor** | | | | 21,839.85 |
| Account No.<br><br>**Crown Credit Company**<br>**PO Box 640352**<br>**Cincinnati, OH 45264-0352** | | - | **Trade Vendor** | | | | 16,797.57 |

Sheet no. __7___ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

88,876.10

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                        ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Crown Equipment Corp. PO Box 641173 Cincinnati, OH 45264-1173 | | - | | | | | | 500.51 |
| Account No. | | | | Trade Vendor | | | | |
| Curtis Martin Group-Inc 201 E Army Trail Rd Suite 300 Bloomingdale, IL 60108 | | - | | | | | | 843.75 |
| Account No. | | | | Trade Vendor | | | | |
| Czech Zoom Express Ltd PO Box 266 Round Lake Beach, IL 60073 | | - | | | | | | 28,461.22 |
| Account No. | | | | Trade Vendor | | | | |
| Daisy Brand PO Box 671078 Dallas, TX 75267-1078 | | - | | | | | | 5,871.16 |
| Account No. | | | | Trade Vendor | | | | |
| Dan Tarnow Painting 8221 W Enger Lane Rivergrove, IL 60171 | | - | | | | | | 0.00 |

Sheet no. __8__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,676.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Docter's Plantscaping Inc. 255 W. Taft Drive So Holland, IL 60473 | | - | | | | | | 658.21 |
| Account No. | | | | Trade Vendor | | | | |
| Doug Durdan Farms Inc 887 N 15th Road Streator, IL 61364 | | - | | | | | | 38,566.36 |
| Account No. | | | | Trade Vendor | | | | |
| Dreisilker Electric Mot 352 Roosevelt Road Glen Ellyn, IL 60137 | | - | | | | | | 1,291.56 |
| Account No. | | | | Trade Vendor | | | | |
| Dual Temp Companies 4301 S Packers Ave Chicago, IL 60609 | | - | | | | | | 523.28 |
| Account No. | | | | Trade Vendor | | | | |
| E&M Trucking Services Inc. 3109 Wesley Ave Berwyn, IL 60402 | | - | | | | | | 39,103.50 |

Sheet no. __9__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80,142.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Vendor | | | | |
| **Eagan Logistics, Inc.** **3101 Sibley Memorial Hwy** **Eagan, MN 55121-1604** | | | | | | | | 31,157.54 |
| Account No. | | - | | Trade Vendor | | | | |
| **EFS Network** **Dept CH 17183** **Palatine, IL 60055-7183** | | | | | | | | 900.00 |
| Account No. | | - | | Trade Vendor | | | | |
| **Eidson & Ussery Truck Lines** **RT 2,Box 51A** **Marshall, MO 65340** | | | | | | | | 32,612.59 |
| Account No. | | - | | Trade Vendor | | | | |
| **Elan Financial Services** **PO Box 790408** **St Louis, MO 63179-0408** | | | | | | | | 2,270.29 |
| Account No. | | - | | Trade Vendor | | | | |
| **Elite Elevator Systems** **PO Box 176** **Tinley Park, IL 60477** | | | | | | | | 154.00 |

Sheet no. __10__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **67,094.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Emedco PO Box 369 Buffalo, NY 14240 | - | | | | | | | 286.80 |
| Account No. | | | | Trade Vendor | | | | |
| Fatpipe Networks/Ragula System 4455 S. 700 E. 1st Floor Salt Lake City, UT 84107 | - | | | | | | | 1,040.00 |
| Account No. | | | | Trade Vendor | | | | |
| Fed Ex PO Box 94515 Palatine, IL 60094-4515 | - | | | | | | | 492.76 |
| Account No. | | | | Trade Vendor | | | | |
| FFE Transportation Services PO Box 671252 Dallas, TX 75267-1252 | - | | | | | | | 145,986.07 |
| Account No. | | | | Trade Vendor | | | | |
| First Access Material Handling 5050 N. River Road Schiller Park, IL 60176 | - | | | | | | | 283.56 |

Sheet no. __11__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     148,089.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending litigation | | | | |
| Flexible Staffing Service, Inc. c/o Joel N. Goldblatt, Esp. 515 N. State Street, Suite 2200 Chicago, IL 60654 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Vendor | | | | |
| Flexible Staffing Services Inc 135 N. Broadway Melrose Park, IL 60160 | - | | | | | | | 173,831.03 |
| Account No. | | | | Pending litigation | | | | |
| Flexible Staffing Services Inc 135 N. Broadway Melrose Park, IL 60160 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trade Vendor | | | | |
| Florilli Logistics, LLC 1475 Hwy 6 W West Liberty, IA 52776 | - | | | | | | | 17,465.12 |
| Account No. | | | | Trade Vendor | | | | |
| Flow Products,Inc 2626 W.Addison St. Chicago, IL 60618 | - | | | | | | | 297.97 |

Sheet no. __12__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          191,594.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Ford & Harrison,LLP P.O. Box 101423 Atlanta, GA 30392-1423 | - | | | | | | | 4,430.30 |
| Account No. | | | | Trade Vendor | | | | |
| Fore Way Logistics 12218 S Saddlebrook Lemont, IL 60439 | - | | | | | | | 1,326.00 |
| Account No. | | | | Trade Vendor | | | | |
| Fort Dearborn Partners,Inc. 123 North Wacker Drive Suite 850 Chicago, IL 60606 | - | | | | | | | 541.25 |
| Account No. | | | | Trade Vendor | | | | |
| G E Eberly & Sons Inc PO Box 261 Aurora, NE 68818 | - | | | | | | | 5,318.63 |
| Account No. | | | | Trade Vendor | | | | |
| GE Capital PO Box 802585 Chicago, IL 60680-2585 | - | | | | | | | 155.62 |

Sheet no. __13__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,771.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Continental Refrigerated Services, LLC** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Geen Industries Inc. PO Box 333 Itasca, IL 60143-0333 | | - | | | | | | 6,344.05 |
| Account No. | | | | Trade Vendor | | | | |
| Gemini Traffic Sales,Inc 41 Distribution Blvd Edison, NJ 08817 | | - | | | | | | 15,355.71 |
| Account No. | | | | Trade Vendor | | | | |
| Globalcom Inc. PO Box 71-5248 Columbus, OH 43271-5248 | | - | | | | | | 409.00 |
| Account No. | | | | Trade Vendor | | | | |
| Grainger Dept.864624986 Palatine, IL 60038-0001 | | - | | | | | | 1,039.64 |
| Account No. | | | | Trade Vendor | | | | |
| Graphic Arts Express, Inc. 1345 IL Rt 64 E Oregon, IL 61061 | | - | | | | | | 6,071.00 |

Sheet no. __14__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,219.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| Grassmid Transport 9525 Ransom Street Zeeland, MI 49464-9675 | | - | | | | | 9,346.60 |
| Account No. | | | Trade Vendor | | | | |
| GREIF P.O. Box 341 Posen, IL 60469 | | - | | | | | 1,172.77 |
| Account No. | | | Trade Vendor | | | | |
| Henderson Trucking P O Box 156 Greenville, MO 63944 | | - | | | | | 1,366.00 |
| Account No. | | | Trade Vendor | | | | |
| Heywood Transportation Svc Ltd PO Box 234 Eddyville, IL 62928-0234 | | - | | | | | 45,704.68 |
| Account No. | | | Trade Vendor | | | | |
| Highlander Carriers Inc. 26548 W. Highland Dr. Channahon, IL 60410 | | - | | | | | 13,867.52 |

Sheet no. __15__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                71,457.57

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Home Depot Credit Services Dept 32-2541455568 PO Box 6031 The Lakes, NV 88901-6031 | - | | | | | | | 1,195.98 |
| Account No. | | | | Trade Vendor | | | | |
| Horvath & Weaver, P.C. 10 S. Lasalle St Suite 1400 Chicago, IL 60603 | - | | | | | | | 176.00 |
| Account No. | | | | Trade Vendor | | | | |
| I & L Trucking, Inc 2240 Apple Hill Court South Buffalo Grove, IL 60089 | - | | | | | | | 8,510.40 |
| Account No. | | | | Trade Vendor | | | | |
| Ikon Financial Services PO Box 9115 Macon, GA 31208-9115 | - | | | | | | | 472.47 |
| Account No. | | | | Trade Vendor | | | | |
| Industrial Battery Products PO Box 28928 St Louis, MO 63132-0928 | - | | | | | | | 322.62 |

Sheet no. __16__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10,677.47**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC** ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| **Industrial Tire Solutions** **442 Country Club Drive** **Bensenville, IL 60106** | | - | | | | | | 896.51 |
| Account No. | | | | Trade Vendor | | | | |
| **Infinisource** **PO Box 889** **Coldwater, MI 49036-0889** | | - | | | | | | 12.00 |
| Account No. | | | | Trade Vendor | | | | |
| **Info Track Information** **111 Deerlake Rd** **Suite 105** **Deerfield, IL 60015** | | - | | | | | | 55.00 |
| Account No. | | | | Trade Vendor | | | | |
| **Integrity Cold Express** **P O Box 39** **Schererville, IN 463375** | | - | | | | | | 14,898.45 |
| Account No. | | | | Trade Vendor | | | | |
| **International Office Ctr** **600 Holiday Plaza, Suite 520** **Matteson, IL 60443** | | - | | | | | | 2,103.09 |

Sheet no. __17__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,965.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade Vendor | | | | |
| **Intl Assoc Of Refrig Whses 1500 King Street Suite 201 Alexandria, VA 22314** | | - | | | | | 9,395.00 |
| Account No. | | | Trade Vendor | | | | |
| **J & D Brokerage, Inc. PO Box 1218 Bedford Park, IL 60499-1218** | | - | | | | | 0.00 |
| Account No. | | | Trade Vendor | | | | |
| **J & L Fasteners 6944 Parrish Ave. Hammond, IN 46323** | | - | | | | | 190.58 |
| Account No. | | | Trade Vendor | | | | |
| **J.F. Freight Company PO Box 95616 Palatine, IL 60095-0616** | | - | | | | | 123,945.67 |
| Account No. | | | Pending litigation | | | | |
| **J.F. Freight Company PO Box 95616 Palatine, IL 60095-0616** | | - | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __18__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 133,531.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending litigation | | | | |
| J.F. Freight Company c/o David A. Adelman, Esq. 1901 N. Roselle Rd., Suite 800 Schaumburg, IL 60195 | | - | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Vendor | | | | |
| J.S. Helwig & Son, LLC. P.O. Box 612191 Dallas, TX 75261-2191 | | - | | | | | | **42,425.33** |
| Account No. | | | | Trade Vendor | | | | |
| JMH International LLC DEPT 59674 Milwaukee, WI 53259-0674 | | - | | | | | | **2,186.35** |
| Account No. | | | | Trade Vendor | | | | |
| Joe Dieter & Sons, Inc. 30 W 010 Ferry Road Naperville, IL 60563 | | - | | | | | | **30,138.00** |
| Account No. | | | | Trade Vendor | | | | |
| K&S Transportation, LLC Frasco International, LLC PO Box 6737 Elgin, IL 60121 | | - | | | | | | **15,423.29** |

Sheet no. __19__ of __42__ sheets attached to Schedule of                              Subtotal        | **90,172.97** |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Vendor | | | | |
| **K. C. Electrical Construction 4907 147th Street Midlothian, IL 60445** | | - | | | | | | 340.00 |
| Account No. | | | | Trade Vendor | | | | |
| **Kavanagh Grumley & Gorbold LLC 111 N. Ottawa Street Joliet, IL 60432** | | - | | | | | | 0.00 |
| Account No. | | | | Trade Vendor | | | | |
| **Ken Rice Trucking 8629 W 73rd Place Justice, IL 60458** | | - | | | | | | 10,683.39 |
| Account No. | | | | Trade Vendor | | | | |
| **Key Bank Real Estate Capital P.O. Box 145404 Cincinnati, OH 45250** | | - | | | | | | 380,751.51 |
| Account No. | | | | Trade Vendor | | | | |
| **Kind & Friendly Transportation Inc. 8629 W. 73rd Place Justice, IL 60458** | | - | | | | | | 12,787.25 |

| Sheet no. __20__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 404,562.15 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                    ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**King's Hawaiian Bakery West<br>P. O. Box 31001-1636<br>Pasadena, CA 91110-1636** | | - | Trade Vendor | | | | 42.96 |
| Account No.<br><br>**Kingsway Express<br>859 North Sivert Drive<br>Wood Dale, IL 60191** | | - | Trade Vendor | | | | 210.00 |
| Account No.<br><br>**Kleinschmidt Inc.<br>PO Box 535<br>Waukegan, IL 60079-0535** | | - | Trade Vendor | | | | 2,017.00 |
| Account No.<br><br>**Klos Trucking Inc<br>16905 Van Dam Rd.<br>South Holland, IL 60473** | | - | Trade Vendor | | | | 53,201.38 |
| Account No.<br><br>**Klos Trucking, Inc.<br>16905 Van Dam Rd.<br>South Holland, IL 60473** | | - | Pending litigation | X | X | X | Unknown |

Sheet no. __21__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **55,471.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                              , Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending litigation | | | | |
| **Klos Trucking, Inc. c/o Jonathan c. Davis, Esq. 55 W. Monroe, Suite 1925 Chicago, IL 60603** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Trade Vendor | | | | |
| **Kuhlman Inc N56 W16865 Ridgewood Dr Suite 100 Menomonee Falls, WI 53051-5656** | - | | | | | | | **11,516.27** |
| Account No. | | | | Trade Vendor | | | | |
| **Kwikmen Trucking 430 West 194th Street Glenwood, IL 60425** | - | | | | | | | **44,705.13** |
| Account No. | | | | Trade Vendor | | | | |
| **Lake Pest Control P. O. Box 16 Cedar Lake, IN 46303** | - | | | | | | | **2,442.00** |
| Account No. | | | | Trade Vendor | | | | |
| **Land and Lakes Disposal Serv 21900 S. Central Ave Matteson, IL 60443** | - | | | | | | | **13,053.36** |

Sheet no. __22__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **71,716.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade Vendor | | | | |
| **Lasalle Bank NA 5535 W. 95th St Oak Lawn, IL 60453-9985** | | | | | | | | 23,027.42 |
| Account No. | | - | | Trade Vendor | | | | |
| **Lennox Transport Inc 3785 W. US10 Ludington, MI 49431** | | | | | | | | 23,108.52 |
| Account No. | | - | | Trade Vendor | | | | |
| **Lincoln Plaza Auto Part 25731 Governors Highway Monee, IL 60466** | | | | | | | | 34.54 |
| Account No. | | - | | Trade Vendor | | | | |
| **LNK Inc. 16611 Spangler Rd. Plainfield, IL 60586** | | | | | | | | 5,234.74 |
| Account No. | | - | | Trade Vendor | | | | |
| **Local 781 Health & Welfare 135 S Lasalle St Dept 1893 Chicago, IL 60674-1893** | | | | | | | | 53,534.00 |

Sheet no. __23__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **104,939.22**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending litigation | | | | |
| M B Trucking, Inc. 5200 South Lawndale Ave. Summit, IL 60501 | - | | | | | | X | **Unknown** |
| Account No. | | | | Pending litigation | | | | |
| M.B. Trucking, Inc. c/o David W. Tonnessen, Esq. 7100 Security Blvd. Windsor Mill, MD 21244 | - | | | | | | X | **Unknown** |
| Account No. | | | | Trade Vendor | | | | |
| Map Transportation Inc. 1860 St. Rt. 47 Russia, OH 45363 | - | | | | | | | **5,514.32** |
| Account No. | | | | Trade Vendor | | | | |
| Marjon Transportation, Inc. 310 County Line Road Bensenville, IL 60610 | - | | | | | | | **4,271.50** |
| Account No. | | | | Trade Vendor | | | | |
| Mark Burgers Transport Inc. P.O. Box 160 Atwood, Ontario NOG 1B0 Canada | - | | | | | | | **450.00** |

Sheet no. __24__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,235.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| **MBT Transport** **5200 W Lawndale Ave** **Summit, IL 60501** | - | | | | | | | 127,609.56 |
| Account No. | | | | Trade Vendor | | | | |
| **Mcconnell Transport, Inc.** **9204 W. 82nd Street** **Overland Park, KS 66204** | - | | | | | | | 16,691.78 |
| Account No. | | | | Trade Vendor | | | | |
| **Mcgladrey & Pullen LLP** **5155 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | | 16,500.00 |
| Account No. | | | | Trade Vendor | | | | |
| **McMaster Carr Supply Co** **PO Box 7690** **Chicago, IL 60680-7690** | - | | | | | | | 83.71 |
| Account No. | | | | Trade Vendor | | | | |
| **MCV Ventures** **2215 York Road, Suite 550** **Oak Brook, IL 60523** | - | | | | | | | 178,691.50 |

Sheet no. __25__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

339,576.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                                        Metlife PO Box 804466 Kansas City, MO 64180 | | - | | | Trade Vendor | | | | 230.83 |
| Account No.                                        Michal KM Trucking, Inc and Czech Arrow Logistics 2254 N. Stonehedge Ct Round Lk Beach, IL 60073 | | - | | | Trade Vendor | | | | 127,229.68 |
| Account No.                                        Midway Industrial Forklift Services, Inc 16524 Kilbourn Oak Forest, IL 60452 | | - | | | Trade Vendor | | | | 1,500.24 |
| Account No.                                        Midwest Physician Group PO Box 95401 Chicago, IL 60694-5401 | | - | | | Trade Vendor | | | | 423.00 |
| Account No.                                        Midwest Spotting Inc PO Box 2114 Des Plaines, IL 60017-2114 | | - | | | Trade Vendor | | | | 9,638.00 |

Sheet no. __26__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,021.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                        ,   Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade Vendor | | | | |
| Miller Hydraulic Service Inc 741 N Main St Manteno, IL 60950 | | - | | | | | | 500.31 |
| Account No. | | | | Pending litigation settlement | | | | |
| Misc. Warehousemen's, Local No. 781 200 E. Howard St., Suite 215 Des Plaines, IL 60018 | | - | | | X | X | X | 32,800.00 |
| Account No. | | | | Pending litigation settlement | | | | |
| Misc. Warehousemen's, Local No. 781 c/o Robert B. Greenberg, Esq. 200 West jackson Blvd. Suite 1900 Chicago, IL 60606 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Vendor | | | | |
| Moodie, Inc. 300 Acorn Street Stevens Point, WI 54481 | | - | | | | | | 11,961.32 |
| Account No. | | | | Trade Vendor | | | | |
| Moravia Logistics LLC 106 S. Maple Avenue Bloomingdale, IL 60108 | | - | | | | | | 29,934.55 |

Sheet no. __27__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            75,196.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                           ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| **Motion Industries** **811 Larry Power Road** **Bourbonnais, IL 60914** | - | | | | | | | 126.75 |
| Account No. | | | | Trade Vendor | | | | |
| **Motor Tech, Inc.** **419 Interstate Rd** **Addison, IL 60101** | - | | | | | | | 489.10 |
| Account No. | | | | Trade Vendor | | | | |
| **N S Logistics, Inc.** **P.O. Box 812** **Lake Zurich, IL 60047** | - | | | | | | | 15,888.00 |
| Account No. | | | | Trade Vendor | | | | |
| **National City Commercial Cap** **PO Box 931034** **Cleveland, OH 44193** | - | | | | | | | 2,153.25 |
| Account No. | | | | Pending litigation | | | | |
| **New Hampshire Insurance Corp.** **c/o Barbara L. Yong, Esq.** **70 West Madison St., Suite 1500** **Chicago, IL 60602** | - | | | | X | X | X | Unknown |

Sheet no. __28__ of __42__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)   | 18,657.10 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending litigation | | | | |
| New Hampshire Insurance Corp. 175 Water Street New York, NY 10038 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trade Vendor | | | | |
| Nikson Limited 600 East Higgins Road Suite 1A Elk Grove Vill., IL 60007-1439 | | - | | | | | | 3,496.45 |
| Account No. | | | | Trade Vendor | | | | |
| Oar Trucking Company P O Box 88275 Chicago, IL 60680 | | - | | | | | | 32,502.91 |
| Account No. | | | | Trade Vendor | | | | |
| Omaha Steaks Internatio 11030 "O" Street PO Box 2575 Omaha, NE 68137 | | - | | | | | | 585.90 |
| Account No. | | | | Trade Vendor | | | | |
| One Network Enterprises 4055 Valley View Lane Suite 400 Dallas, TX 75244 | | - | | | | | | 50.00 |

Sheet no. __29__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           36,635.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Parts Source**<br>**14453 W. Edison Drive**<br>**New Lenox, IL 60451** | | - | | Trade Vendor | | | | 1,503.37 |
| Account No.<br><br>**Peninsula Logistics, Inc**<br>**31545 C.R. 437**<br>**Sorrento, FL 32776** | | - | | Trade Vendor | | | | 5,766.46 |
| Account No.<br><br>**Peninsula Trucking, Inc.**<br>**31545 County Road 437**<br>**Sorrento, FL 32776** | | - | | Trade Vendor | | | | 7,433.78 |
| Account No.<br><br>**Pinnacle Plumbing, Inc.**<br>**8760 Blackthorne Way**<br>**Frankfort, IL 60423** | | - | | Trade Vendor | | | | 375.00 |
| Account No.<br><br>**Principal Financial Group**<br>**111 W. State Street**<br>**Mason City, IA 50401** | | - | | Trade Vendor | | | | 0.00 |

Sheet no. __30__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,078.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| **Production Distribution Companies 3815 W. 127th Street Alsip, IL 60803** | | - | | | | | | 768.86 |
| Account No. | | | | Trade Vendor | | | | |
| **Purchase Power ID#20028782868 P. O. Box 856042 Louisville, KY 40285-6042** | | - | | | | | | 855.05 |
| Account No. | | | | Trade Vendor | | | | |
| **QBF Graphics Group 5550 W.175th St Tinley Park, IL 60477** | | - | | | | | | 824.24 |
| Account No. | | | | Trade Vendor | | | | |
| **R & S Trucking 5139 W. Medill Chicago, IL 60639** | | - | | | | | | 6,525.00 |
| Account No. | | | | Trade Vendor | | | | |
| **R3 Environmental Management Inc. 1050 East Chicago Street Elgin, IL 60120** | | - | | | | | | 1,100.00 |

Sheet no. __31__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,073.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **Continental Refrigerated Services, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Raymond Leasing Corp PO Box 203905 Houston, TX 77216-3905 | | - | | | | | | 1,253.44 |
| Account No. | | | | Trade Vendor | | | | |
| Refrigiwear, Inc. PO Box 39 Dahlonega, GA 30533-0039 | | - | | | | | | 2,630.55 |
| Account No. | | | | Trade Vendor | | | | |
| Revere Electric 2501 W Washington Blvd Chicago, IL 60612 | | - | | | | | | 1,158.38 |
| Account No. | | | | Trade Vendor | | | | |
| RFX, Inc. RFX Flatbed Division 57 Littlefield Street Avon, MA 02322 | | - | | | | | | 109,875.54 |
| Account No. | | | | Trade Vendor | | | | |
| Ricart Trucking 5543 W. Henderson Street Chicago, IL 60641 | | - | | | | | | 2,574.45 |

Sheet no. __32__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        117,492.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                                   ,        Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roar Logistics**<br>**2495 Main Street**<br>**Suite 442**<br>**Buffalo, NY 14214** | | - | Trade Vendor | | | | 15,539.50 |
| Account No.<br><br>**Royal Transport Inc., Comdata**<br>**Network, I**<br>**MSC-410115**<br>**PO Box 415000**<br>**Nashville, TN 37241-5000** | | - | Trade Vendor | | | | 9,484.75 |
| Account No.<br><br>**Rri Energy, Inc.**<br>**PO Box 25225**<br>**Lehigh Valley, PA 18002-5225** | | - | Trade Vendor | | | | 143,235.23 |
| Account No.<br><br>**RS Used Oil Service, Inc**<br>**25903 S. Ridgeland Ave**<br>**Monee, IL 60449** | | - | Trade Vendor | | | | 227.25 |
| Account No.<br><br>**RSM McGladrey, Inc.**<br>**20 N. Martingale Rd**<br>**Suite 500**<br>**Schaumburg, IL 60173-2420** | | - | Trade Vendor | | | | 1,800.00 |

Sheet no. __33__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,286.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Vendor | | | | |
| RT&T Logistics, Inc. 18353 U.S. Hwy 20 West East Dubuque, IL 61025 | | - | | | | | | | 2,884.97 |
| Account No. | | | | | Trade Vendor | | | | |
| S.K. Mannlein & Assoc. 5120 Belmont Road Suite R Downers Grove, IL 60515 | | - | | | | | | | 3,630.00 |
| Account No. | | | | | Trade Vendor | | | | |
| Sackett Systems Inc Dept 4013 PO Box 4653 Oak Brook, IL 60522-4653 | | - | | | | | | | 132.81 |
| Account No. | | | | | Trade Vendor | | | | |
| Shambaugh & Son,L.P. P O Box 1287 Fort Wayne, IN 46801 | | - | | | | | | | 4,368.59 |
| Account No. | | | | | Trade Vendor | | | | |
| Sharky Transportation Inc. PO Box 3156 Quincy, IL 62305 | | - | | | | | | | 12,971.92 |

Sheet no. __34__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,988.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Siedhoff Distributing Company P.O. Box 552 Union, MO 63084 | - | | | | | | | 2,081.60 |
| Account No. | | | | Trade Vendor | | | | |
| Skyline Sales Inc. 150 Houston Street Suite 306 Batavia, IL 60510 | - | | | | | | | 14,370.71 |
| Account No. | | | | Trade Vendor | | | | |
| Snack Pro Vending Inc. PO Box 2671 Homewood, IL 60430 | - | | | | | | | 270.20 |
| Account No. | | | | Trade Vendor | | | | |
| Staples Business AdvantaGE Dept DET 2368 PO Box 83689 Chicago, IL 60696-3689 | - | | | | | | | 3,775.12 |
| Account No. | | | | Trade Vendor | | | | |
| Star Freight, LLC 12200 W. Colonial Drive Suite 300C Winter Garden, FL 34787 | - | | | | | | | 21,783.64 |

Sheet no. __35__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,281.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Steel Cities Steels Inc. 395 Melton Road Burns Harbor, IN 46304 | | - | | | | | | 898.27 |
| Account No. | | | | Trade Vendor | | | | |
| Stelle LLC 300 South Wacker Drive Suite 3500 Chicago, IL 60606 | | - | | | | | | 0.00 |
| Account No. | | | | Trade Vendor | | | | |
| Stockpot 1200 Merrill Creek Parkway Everett, WA 98203 | | - | | | | | | 10,038.31 |
| Account No. | | | | Trade Vendor | | | | |
| Stu Durst Trucking 1425 County Road, 400 N Lacon, IL 61540 | | - | | | | | | 22,730.70 |
| Account No. | | | | Trade Vendor | | | | |
| Sunstate Carriers,Inc PO Box 1449 Tavarres, FL 32778-1449 | | - | | | | | | 3,870.80 |

Sheet no. __36__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **37,538.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC** ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Superior Packaging Company 500 South 59th Avenue West Suite 500 Duluth, MN 55807 | | - | | | | | | 1,014.77 |
| Account No. | | | | Trade Vendor | | | | |
| Synergy Logistics, LLC P.O. Box 2191 Glenview, IL 60025 | | - | | | | | | 45,288.34 |
| Account No. | | | | Trade Vendor | | | | |
| T & T Business Systems, Inc. 2152 E. Glenwood-Dyer Rd Lynwood, IL 60411 | | - | | | | | | 4,249.26 |
| Account No. | | | | Trade Vendor | | | | |
| The Horton Group, Inc. 10320 Orland Parkway Orland Park, IL 60467 | | - | | | | | | 29,750.60 |
| Account No. | | | | Trade Vendor | | | | |
| The Original Rangoon Co.,Inc 200 Cordwainer Drive Norwell, MA 02061 | | - | | | | | | 26.50 |

Sheet no. __37__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **80,329.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Timon Perron Trucking,Inc P O Box 339 Campbellsport, WI 53010-0339 | | - | | | | | | 33,971.92 |
| Account No. | | | | Trade Vendor | | | | |
| TJP Transportation Inc 9375 Landings Lane Des Plaines, IL 60016 | | - | | | | | | 11,311.50 |
| Account No. | | | | Trade Vendor | | | | |
| TLT, Inc. 5838 N. Camp Arthur Rd. Bruceville, IN 47516 | | - | | | | | | 25,542.34 |
| Account No. | | | | Trade Vendor | | | | |
| Tony's Transfer,LLP 1207 N. Jefferson PO Box 408 Wadena, MN 56482 | | - | | | | | | 12,688.58 |
| Account No. | | | | Trade Vendor | | | | |
| TR Systems,Inc 1653 Ithaca Drive Naperville, IL 60565 | | - | | | | | | 1,690.00 |

Sheet no. __38__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,204.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Continental Refrigerated Services, LLC** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Transplace FBO Del Monte Attn: Cargo Claims PO Box 518 Lowell, AR 72745 | | - | | | | | | 3,642.24 |
| Account No. | | | | Trade Vendor | | | | |
| Turbo Express,Inc 8535 W Clara Dr Niles, IL 60714-2307 | | - | | | | | | 77,491.44 |
| Account No. | | | | Trade Vendor | | | | |
| Twin Lakes Landscaping Inc. 31755 S. Rathje Road Peotone, IL 60468 | | - | | | | | | 1,302.00 |
| Account No. | | | | Trade Vendor | | | | |
| University Park Cold Storage C/O TCB Development Group 8200 W. 182nd Street Suite F Tinley Park, IL 60477 | | - | | | | | | 5,094,081.98 |
| Account No. | | | | Trade Vendor | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | | - | | | | | | 44.95 |

Sheet no. __39__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,176,562.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Continental Refrigerated Services, LLC**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| Vanek Brother Trucking Co 3924 S. Loomis Chicago, IL 60609 | | - | | | | | | 27,797.57 |
| Account No. | | | | Trade Vendor | | | | |
| Veterans Truck Line 800 Blackhawk Drive Burlington, WI 53105 | | - | | | | | | 2,674.49 |
| Account No. | | | | Trade Vendor | | | | |
| Victory Is Mine Transport LLC D&S Factors, LLC PO Box 1210 Fruitland, ID 83619-1210 | | - | | | | | | 7,600.35 |
| Account No. | | | | Trade Vendor | | | | |
| Village Cleaners 5095 Sauk Trail Richton Park, IL 60471 | | - | | | | | | 334.90 |
| Account No. | | | | Trade Vendor | | | | |
| Vision Service Plan - (IL) File # 74619 P.O. Box 60000 San Francisco, CA 94160-4619 | | - | | | | | | 0.00 |

Sheet no. __40__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              38,407.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade Vendor | | | | |
| VLR Food Corporation 575 Oster Lane Concord, Ontario, ZZ L4K2B9 Canada | | - | | | | | | 3,959.03 |
| Account No. | | | | Trade Vendor | | | | |
| W.B.Mccloud & Co., Inc. 2500 W. Higgins Rd Hoffman Estates, IL 60195-5220 | | - | | | | | | 1,147.00 |
| Account No. | | | | Trade Vendor | | | | |
| Weldstar Company PO Box 1150 Aurora, IL 60507 | | - | | | | | | 185.03 |
| Account No. | | | | Trade Vendor | | | | |
| Willis Shaw Express Inc 2116 Paysphere Circle Chicago, IL 60674 | | - | | | | | | 8,690.71 |
| Account No. | | | | Trade Vendor | | | | |
| Windsor Cheese P. O. Box 796 Carthage, MO 64836 | | - | | | | | | 237.00 |

Sheet no. __41__ of __42__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          14,218.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Continental Refrigerated Services, LLC**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade Vendor** | | | | |
| **Windsor Foods** **Dept 97** **PO Box 4346** **Houston, TX 77210-4346** | | - | | | | | 30,673.72 |
| Account No. | | | **Trade Vendor** | | | | |
| **Wolf Business Forms, Inc** **4714 W. 137th St** **Crestwood, IL 60445** | | - | | | | | 55.67 |
| Account No. | | | **Trade Vendor** | | | | |
| **Zenith Insurance Company** **Attn: Ms. Nellie Andonian** **4415 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | 13,357.99 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __42__ of __42__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 44,087.38 |
| Total (Report on Summary of Schedules) | | 8,915,166.28 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Continental Refrigerated Services, LLC**                                          Case No. _____
                                                                        ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Continental Refrigerated Services, LLC** ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Vandenberg**<br>**20658 Francisca Way**<br>**Frankfort, IL 60423** | **Bank of America, N.A.**<br>**Attn: Sara Clark**<br>**135 S. LaSalle Street, Suite 2140**<br>**Chicago, IL 60603** |
| **Mark Vandenberg**<br>**20658 Francisca Way**<br>**Frankfort, IL 60423** | **Univ Park Cold Storage Ventures LLC**<br>**c/o Blue Vista Capital Mgmt, LLC**<br>**One North Franklin St., Suite 450**<br>**Chicago, IL 60606** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Continental Refrigerated Services, LLC**            Case No. _____

                                              Debtor(s)       Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**55**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 22, 2009** _____      Signature   **/s/ Mark Vandenberg** _____

                                                              **Mark Vandenberg**
                                                              **Manager**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Continental Refrigerated Services, LLC**                     Case No. _____

                                                Debtor(s)              Chapter     **7**     _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,421,639.00** | **Jan 1 - May 3, 2009: Business Income** |
| **$25,420,095.00** | **2008: Business Income** |
| **$24,400,722.00** | **2007: Business Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mark Vandenberg 20658 Francisca Way Frankfort, IL 60423** | | **$60,000.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **New Hampshire Insurance Corporation v. Continental Refrigerated Services, LLC, Case No. 09 L 440** | **Breach of Contract** | **Circuit Court of 12th Judicial Circuit, Will County, IL** | **Pending** |
| **M B Trucking, Inc. v. Continental Refrigerated Services, LLC, Case No. 12-C-09-002827 CN** | **Breach of Contract** | **Circuit Court for Harford County, MD** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Miscellaneous Warehousemen's Local 781 Health and Welfare Fund v. Continental Refrigerated Services, LLC** | **Breach of Contract** | **United States District Court, Northern District of Illinois, Eastern Division** | **Settled** |
| **Klos Trucking, Inc. v. Continental Refrigerated Services, LLC, Case No. 2009L006883** | **Breach of Contract** | **Circuit Court of Cook County, IL** | **Pending** |
| **J.F. Freight Company v. Continental Refrigerated Services, LLC, Case No. 09L761** | **Breach of Contract** | **Circuit Court of the 12th Judicial Circuit, Will County, IL** | **Pending** |
| **Flexible Staffing Services, Inc. v. Continental Refrigerated Services, LLC, Case No. 09L417** | **Breach of Contract** | **Circuit Court of the 12th Judicial Circuity, Will County, IL** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America, N.A. Attn: Sara Clark 135 S. LaSalle Street, Suite 2140 Chicago, IL 60603** | **UCC Foreclosure Sale 5/8/09** | **All personal property** |
| **Univ Park Cold Storage Ventures LLC c/o Blue Vista Capital Mgmt, LLC One North Franklin St., Suite 450 Chicago, IL 60606** | **Forcible Entry 5/19/09** | **Premises commonly known as 450 Central Ave, University Park, IL 60446** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Perkins Coie LLP 131 S. Dearborn Street, Suite 1700 Chicago, IL 60603-5559** | | **$25,000.00** |
| **Perkins Coie LLP 131 S. Dearborn Street, Suite 1700 Chicago, IL 60603** | **5/5/09** | **$50,000.00** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America, N.A.**<br>**Attn: Sara Clark**<br>**135 S. LaSalle Street, Suite 2140**<br>**Chicago, IL 60603** | **Checking account, account no. ******6972** | **5/8/09** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

7

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cheryl Chandler**<br>**857 Stirrup Lane**<br>**Chicago, IL 60606** | **2007, 2008, 2009** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **RSM McGladrey** | **20 N. Martingale Road, Suite 500**<br>**Schaumburg, IL 60173** | **2007** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Castle & Cooke** | **fka Inland Cold Storage**<br>**10900 Wilshire Blvd., Suite 1600**<br>**Los Angeles, CA 90024** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America, N.A.**<br>**Attn: Sara Clark**<br>**135 S. LaSalle Street, Suite 2140**<br>**Chicago, IL 60603** | **12/2/08, 3/2/09, possibly other dates.  Also, received Borrowing Base were provided on a routine basis throughout 2009.** |
| **Blue Vista Capital Partners**<br>**1 North Franklin Street, Suite 450**<br>**Chicago, IL 60606** | **5/28/08, 5/6/08, 1/14/08, 10/1/07, 10/19/07, 10/22/07, 12/10/07.** |
| **Castle & Cooke**<br>**fka Inland Cold Storage**<br>**10900 Wilshire Blvd., Suite 1600**<br>**Los Angeles, CA 90024** | |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

8

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mark Vandenberg**<br>**20658 Francisca Way**<br>**Frankfort, IL 60423** | **Manager** | **65% ownership interest** |
| **John Pluciennik**<br>**c/o Robert J. Leoni Ltd.**<br>**16061 S. 94th Ave.**<br>**Tinley Park, IL 60477** | | **30% ownership interest** |
| **Daniel M. Rippel**<br>**3311 Larkspur**<br>**Crystal Lake, IL 60012** | | **5% ownership interest** |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mark Vandenberg**<br>**20658 Francisca Way**<br>**Frankfort, IL 60423**<br>   **Manager** | | **$60,000** |

9

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
□     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)
**401(k) Plan Consolidated Refrigerated Services LLC profit sharing plan        37-1463721**


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **October 22, 2009**                    Signature    **/s/ Mark Vandenberg**
                                                            **Mark Vandenberg**
                                                            **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Continental Refrigerated Services LLC**                                   Case No. _____

_____   Chapter   **7**   _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.......................................................  $ _____**25,000**

    Prior to the filing of this statement I have received...........................................  $ _____**25,000**

    Balance Due...........................................................................................................  $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 22, 2009**                              **/s/ Daniel A. Zazove**
_____         _____
                                                              **Daniel A. Zazove**
                                                              **Perkins Coie LLP**
                                                              **131 S. Dearborn Street, Suite 1700**
                                                              **Chicago, IL 60603-5559**
                                                              **312-324-8400  Fax: 312-324-9400**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Continental Refrigerated Services, LLC**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **215**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 22, 2009**

**/s/ Mark Vandenberg**

**Mark Vandenberg**/**Manager**
Signer/Title

Adams Trucking, Inc.
3911 W. 159th Place
Markham, IL 60428


Adan's Trucking Inc
PO Box 902
Bolingbrook, IL 60440


ADP Inc Fees
PO Box 78415
Phoenix, AZ 85062-8415


ADP INC PAYROLL
PO Box 78415
Phoenix, AZ 85062-8415


Ahlers Enterprises, Inc.
P.O. Box 98
Laurens, IA 50554


Aicco, Inc.
1001 Winstead Drive
Suite 500
Cary, NC 27513


AIT Worldwide Logistics
PO Box 66730
Chicago, IL 60666-0730


Al-Amin Brothers Transp.
17585 S. Paxton Ave
Lansing, IL 60438


All In Transportation
122180 S Saddlebrook
Lemont, IL 60439


American Arbitration Assoc
American Center Bldg.
27777 Franklin Rd, Suite 1150
Southfield, MI 48034-8208


American International Companies
22427 Network Place
Chicago, IL 60673-1224

Antler Trucking Co
3001 N Broadway
St Louis, MO 63147


Apple Barcode
2608 Napier Lane
Flower Mound, TX 75022


Aqua Star
2025 1st Avenue
Suite 200
Seattle, WA 98121


Arrow Illinois Company
PO Box 17370
Chicago, IL 60617


Associated Material Handling
133 North Swift Road
Addison, IL 60101


AT&T Fire Alarm
PO Box 8100
Aurora, IL 60507-8100


Atlas Toyota Material Handl
5050 N. River Road
Schiller Park, IL 60176


Attn: Bryn Perna
Cold transport
PO Box 88260 Dept A
Chicago, IL 60680


Bank of America, N.A.
Attn: Sara Clark
135 S. LaSalle Street, Suite 2140
Chicago, IL 60603


Bestway Refrigerated Service
PO Box 908
Plymouth, FL 32768-0908

Big Red Ltl Transport Inc.
PO Box 88
Great Meadows, NJ 07838


Bill's Produce,Inc
2001 N Indiana Ave
Griffith, IN 46319


Blue Cross Blue Shield
Health Care Service Corp
PO Box 1186
Chicago, IL 60690-1186


Blue Thunder Truck Brokerage
PO Box 88259
Chicago, IL 60680-1259


Blue Wave Micro
26895 Aliso Creek Road
Aliso Viejo, CA 92656


Bruce Schultz Trucking
206 W. Green River Road
PO Box 311
Ohio, IL 61349


Business Only Broadband
777 Oakmont Lane
Suite 2000
Westmont, IL 60559


C&C Transport
1901 S Fourth St
Suite 25
Effingham, IL 62401


C.B. Distribution
1221 Crain
Park Ridge, IL 60068


Calumet Paint & Wallpaper
12120 Western Avenue
Blue Island, IL 60406

Campbell Soup Company
Box 91D
1 Campbell Place
Camden, NJ 08103-1799


Chiquita Express
250 East Fifth St
Cincinnati, OH 45202


Christie's Cold Storage
920 Black Satchel Dr
Suite A
Charlotte, NC 28216


Cimco Communications Inc
PO Box 95900
Chicago, IL 60694


Classic Carriers Inc.
PO Box 295
Versailles, OH 45380


Colonial Freight Systems
PO Box 22168
Knoxville, TN 37933


Com Ed
PO Box 805376
Chicago, IL 60680-5376


Complete Trucking, Inc.
4206 Shirley Lane
Alsip, IL 60803


Continuing Education Center, Inc.
P.O. Box 419107
Kansas City, MO 64141-6107


Cool Runnings Inc.
66884 155th Avenue
Wabasha, MN 55981


Crown Credit Company
PO Box 640352
Cincinnati, OH 45264-0352

Crown Equipment Corp.
PO Box 641173
Cincinnati, OH 45264-1173


Curtis Martin Group-Inc
201 E Army Trail Rd
Suite 300
Bloomingdale, IL 60108


Czech Zoom Express Ltd
PO Box 266
Round Lake Beach, IL 60073


Daisy Brand
PO Box 671078
Dallas, TX 75267-1078


Dan Tarnow Painting
8221 W Enger Lane
Rivergrove, IL 60171


Docter's Plantscaping Inc.
255 W. Taft Drive
So Holland, IL 60473


Doug Durdan Farms Inc
887 N 15th Road
Streator, IL 61364


Dreisilker Electric Mot
352 Roosevelt Road
Glen Ellyn, IL 60137


Dual Temp Companies
4301 S Packers Ave
Chicago, IL 60609


E&M Trucking Services Inc.
3109 Wesley Ave
Berwyn, IL 60402


Eagan Logistics, Inc.
3101 Sibley Memorial Hwy
Eagan, MN 55121-1604

EFS Network
Dept CH 17183
Palatine, IL 60055-7183


Eidson & Ussery Truck Lines
RT 2,Box 51A
Marshall, MO 65340


Elan Financial Services
PO Box 790408
St Louis, MO 63179-0408


Elite Elevator Systems
PO Box 176
Tinley Park, IL 60477


Emedco
PO Box 369
Buffalo, NY 14240


Fatpipe Networks/Ragula System
4455 S. 700 E.
1st Floor
Salt Lake City, UT 84107


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


FFE Transportation Services
PO Box 671252
Dallas, TX 75267-1252


First Access Material Handling
5050 N. River Road
Schiller Park, IL 60176


Flexible Staffing Service, Inc.
c/o Joel N. Goldblatt, Esp.
515 N. State Street, Suite 2200
Chicago, IL 60654


Flexible Staffing Services Inc
135 N. Broadway
Melrose Park, IL 60160

Florilli Logistics, LLC
1475 Hwy 6 W
West Liberty, IA 52776


Flow Products,Inc
2626 W.Addison St.
Chicago, IL 60618


Ford & Harrison,LLP
P.O. Box 101423
Atlanta, GA 30392-1423


Fore Way Logistics
12218 S Saddlebrook
Lemont, IL 60439


Fort Dearborn Partners,Inc.
123 North Wacker Drive
Suite 850
Chicago, IL 60606


G E Eberly & Sons Inc
PO Box 261
Aurora, NE 68818


GE Capital
PO Box 802585
Chicago, IL 60680-2585


Geen Industries Inc.
PO Box 333
Itasca, IL 60143-0333


Gemini Traffic Sales,Inc
41 Distribution Blvd
Edison, NJ 08817


Globalcom Inc.
PO Box 71-5248
Columbus, OH 43271-5248


Grainger
Dept.864624986
Palatine, IL 60038-0001

Graphic Arts Express, Inc.
1345 IL Rt 64 E
Oregon, IL 61061


Grassmid Transport
9525 Ransom Street
Zeeland, MI 49464-9675


GREIF
P.O. Box 341
Posen, IL 60469


Henderson Trucking
P O Box 156
Greenville, MO 63944


Heywood Transportation Svc Ltd
PO Box 234
Eddyville, IL 62928-0234


Highlander Carriers Inc.
26548 W. Highland Dr.
Channahon, IL 60410


Home Depot Credit Services
Dept 32-2541455568
PO Box 6031
The Lakes, NV 88901-6031


Horvath & Weaver, P.C.
10 S. Lasalle St
Suite 1400
Chicago, IL 60603


I & L Trucking, Inc
2240 Apple Hill Court South
Buffalo Grove, IL 60089


Ikon Financial Services
PO Box 9115
Macon, GA 31208-9115

Illinois Dept of Revenue
Account 3552-3336
Retailers Occupation Tax
Springfield, IL 62796-0001


Industrial Battery Products
PO Box 28928
St Louis, MO 63132-0928


Industrial Tire Solutions
442 Country Club Drive
Bensenville, IL 60106


Infinisource
PO Box 889
Coldwater, MI 49036-0889


Info Track Information
111 Deerlake Rd
Suite 105
Deerfield, IL 60015


Integrity Cold Express
P O Box 39
Schererville, IN 463375


International Office Ctr
600 Holiday Plaza, Suite 520
Matteson, IL 60443


Intl Assoc Of Refrig Whses
1500 King Street
Suite 201
Alexandria, VA 22314


J & D Brokerage, Inc.
PO Box 1218
Bedford Park, IL 60499-1218


J & L Fasteners
6944 Parrish Ave.
Hammond, IN 46323

J.F. Freight Company
PO Box 95616
Palatine, IL 60095-0616


J.F. Freight Company
c/o David A. Adelman, Esq.
1901 N. Roselle Rd., Suite 800
Schaumburg, IL 60195


J.S. Helwig & Son, LLC.
P.O. Box 612191
Dallas, TX 75261-2191


JMH International LLC
DEPT 59674
Milwaukee, WI 53259-0674


Joe Dieter & Sons, Inc.
30 W 010 Ferry Road
Naperville, IL 60563


K&S Transportation, LLC
Frasco International, LLC
PO Box 6737
Elgin, IL 60121


K. C. Electrical Construction
4907 147th Street
Midlothian, IL 60445


Kavanagh Grumley & Gorbold LLC
111 N. Ottawa Street
Joliet, IL 60432


Ken Rice Trucking
8629 W 73rd Place
Justice, IL 60458


Key Bank Real Estate Capital
P.O. Box 145404
Cincinnati, OH 45250


Kind & Friendly Transportation Inc.
8629 W. 73rd Place
Justice, IL 60458

King's Hawaiian Bakery West
P. O. Box 31001-1636
Pasadena, CA 91110-1636

Kingsway Express
859 North Sivert Drive
Wood Dale, IL 60191

Kleinschmidt Inc.
PO Box 535
Waukegan, IL 60079-0535

Klos Trucking Inc
16905 Van Dam Rd.
South Holland, IL 60473

Klos Trucking, Inc.
16905 Van Dam Rd.
South Holland, IL 60473

Klos Trucking, Inc.
c/o Jonathan c. Davis, Esq.
55 W. Monroe, Suite 1925
Chicago, IL 60603

Kuhlman Inc
N56 W16865 Ridgewood Dr
Suite 100
Menomonee Falls, WI 53051-5656

Kwikmen Trucking
430 West 194th Street
Glenwood, IL 60425

Lake Pest Control
P. O. Box 16
Cedar Lake, IN 46303

Land and Lakes Disposal Serv
21900 S. Central Ave
Matteson, IL 60443

Lasalle Bank NA
5535 W. 95th St
Oak Lawn, IL 60453-9985

Lennox Transport Inc
3785 W. US10
Ludington, MI 49431


Lincoln Plaza Auto Part
25731 Governors Highway
Monee, IL 60466


LNK Inc.
16611 Spangler Rd.
Plainfield, IL 60586


Local 781 Health & Welfare
135 S Lasalle St
Dept 1893
Chicago, IL 60674-1893


M B Trucking, Inc.
5200 South Lawndale Ave.
Summit, IL 60501


M.B. Trucking, Inc.
c/o David W. Tonnessen, Esq.
7100 Security Blvd.
Windsor Mill, MD 21244


Map Transportation Inc.
1860 St. Rt. 47
Russia, OH 45363


Marjon Transportation, Inc.
310 County Line Road
Bensenville, IL 60610


Mark Burgers Transport Inc.
P.O. Box 160
Atwood, Ontario NOG 1B0
Canada


Mark Vandenberg
20658 Francisca Way
Frankfort, IL 60423

MBT Transport
5200 W Lawndale Ave
Summit, IL 60501


Mcconnell Transport, Inc.
9204 W. 82nd Street
Overland Park, KS 66204


Mcgladrey & Pullen LLP
5155 Paysphere Circle
Chicago, IL 60674


McMaster Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


MCV Ventures
2215 York Road, Suite 550
Oak Brook, IL 60523


Metlife
PO Box 804466
Kansas City, MO 64180


Michal KM Trucking, Inc and
Czech Arrow Logistics
2254 N. Stonehedge Ct
Round Lk Beach, IL 60073


Midway Industrial Forklift Services, Inc
16524 Kilbourn
Oak Forest, IL 60452


Midwest Physician Group
PO Box 95401
Chicago, IL 60694-5401


Midwest Spotting Inc
PO Box 2114
Des Plaines, IL 60017-2114


Miller Hydraulic Service Inc
741 N Main St
Manteno, IL 60950

Misc. Warehousemen's, Local No. 781
200 E. Howard St., Suite 215
Des Plaines, IL 60018


Misc. Warehousemen's, Local No. 781
c/o Robert B. Greenberg, Esq.
200 West jackson Blvd. Suite 1900
Chicago, IL 60606


Moodie, Inc.
300 Acorn Street
Stevens Point, WI 54481


Moravia Logistics LLC
106 S. Maple Avenue
Bloomingdale, IL 60108


Motion Industries
811 Larry Power Road
Bourbonnais, IL 60914


Motor Tech, Inc.
419 Interstate Rd
Addison, IL 60101


N S Logistics, Inc.
P.O. Box 812
Lake Zurich, IL 60047


National City Commercial Cap
PO Box 931034
Cleveland, OH 44193


New Hampshire Insurance Corp.
c/o Barbara L. Yong, Esq.
70 West Madison St., Suite 1500
Chicago, IL 60602


New Hampshire Insurance Corp.
175 Water Street
New York, NY 10038

Nikson Limited
600 East Higgins Road
Suite 1A
Elk Grove Vill., IL 60007-1439


Oar Trucking Company
P O Box 88275
Chicago, IL 60680


Omaha Steaks Internatio
11030 "O" Street
PO Box 2575
Omaha, NE 68137


One Network Enterprises
4055 Valley View Lane
Suite 400
Dallas, TX 75244


Parts Source
14453 W. Edison Drive
New Lenox, IL 60451


Peninsula Logistics, Inc
31545 C.R. 437
Sorrento, FL 32776


Peninsula Trucking, Inc.
31545 County Road 437
Sorrento, FL 32776


Pinnacle Plumbing, Inc.
8760 Blackthorne Way
Frankfort, IL 60423


Principal Financial Group
111 W. State Street
Mason City, IA 50401


Production Distribution Companies
3815 W. 127th Street
Alsip, IL 60803

Purchase Power
ID#20028782868
P. O. Box 856042
Louisville, KY 40285-6042


QBF Graphics Group
5550 W.175th St
Tinley Park, IL 60477


R & S Trucking
5139 W. Medill
Chicago, IL 60639


R3 Environmental Management Inc.
1050 East Chicago Street
Elgin, IL 60120


Raymond Leasing Corp
PO Box 203905
Houston, TX 77216-3905


Refrigiwear, Inc.
PO Box 39
Dahlonega, GA 30533-0039


Revere Electric
2501 W Washington Blvd
Chicago, IL 60612


RFX, Inc.
RFX Flatbed Division
57 Littlefield Street
Avon, MA 02322


Ricart Trucking
5543 W. Henderson Street
Chicago, IL 60641


Roar Logistics
2495 Main Street
Suite 442
Buffalo, NY 14214

Royal Transport Inc., Comdata Network, I
MSC-410115
PO Box 415000
Nashville, TN 37241-5000


Rri Energy, Inc.
PO Box 25225
Lehigh Valley, PA 18002-5225


RS Used Oil Service, Inc
25903 S. Ridgeland Ave
Monee, IL 60449


RSM McGladrey, Inc.
20 N. Martingale Rd
Suite 500
Schaumburg, IL 60173-2420


RT&T Logistics, Inc.
18353 U.S. Hwy 20 West
East Dubuque, IL 61025


S.K. Mannlein & Assoc.
5120 Belmont Road
Suite R
Downers Grove, IL 60515


Sackett Systems Inc
Dept 4013
PO Box 4653
Oak Brook, IL 60522-4653


Shambaugh & Son,L.P.
P O Box 1287
Fort Wayne, IN 46801


Sharky Transportation Inc.
PO Box 3156
Quincy, IL 62305


Siedhoff Distributing Company
P.O. Box 552
Union, MO 63084

Skyline Sales Inc.
150 Houston Street
Suite 306
Batavia, IL 60510


Snack Pro Vending Inc.
PO Box 2671
Homewood, IL 60430


Staples Business AdvantaGE
Dept DET 2368
PO Box 83689
Chicago, IL 60696-3689


Star Freight, LLC
12200 W. Colonial Drive
Suite 300C
Winter Garden, FL 34787


Steel Cities Steels Inc.
395 Melton Road
Burns Harbor, IN 46304


Stelle LLC
300 South Wacker Drive
Suite 3500
Chicago, IL 60606


Stockpot
1200 Merrill Creek Parkway
Everett, WA 98203


Stu Durst Trucking
1425 County Road, 400 N
Lacon, IL 61540


Sunstate Carriers,Inc
PO Box 1449
Tavarres, FL 32778-1449


Superior Packaging Company
500 South 59th Avenue West
Suite 500
Duluth, MN 55807

Synergy Logistics, LLC
P.O. Box 2191
Glenview, IL 60025


T & T Business Systems, Inc.
2152 E. Glenwood-Dyer Rd
Lynwood, IL 60411


The Horton Group, Inc.
10320 Orland Parkway
Orland Park, IL 60467


The Original Rangoon Co.,Inc
200 Cordwainer Drive
Norwell, MA 02061


Timon Perron Trucking,Inc
P O Box 339
Campbellsport, WI 53010-0339


TJP Transportation Inc
9375 Landings Lane
Des Plaines, IL 60016


TLT, Inc.
5838 N. Camp Arthur Rd.
Bruceville, IN 47516


Tony's Transfer,LLP
1207 N. Jefferson
PO Box 408
Wadena, MN 56482


TR Systems,Inc
1653 Ithaca Drive
Naperville, IL 60565


Transplace FBO Del Monte
Attn: Cargo Claims
PO Box 518
Lowell, AR 72745


Turbo Express,Inc
8535 W Clara Dr
Niles, IL 60714-2307

Twin Lakes Landscaping Inc.
31755 S. Rathje Road
Peotone, IL 60468


University Park Cold Storage
C/O TCB Development Group
8200 W. 182nd Street Suite F
Tinley Park, IL 60477


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Vanek Brother Trucking Co
3924 S. Loomis
Chicago, IL 60609


Veterans Truck Line
800 Blackhawk Drive
Burlington, WI 53105


Victory Is Mine Transport LLC
D&S Factors, LLC
PO Box 1210
Fruitland, ID 83619-1210


Village Cleaners
5095 Sauk Trail
Richton Park, IL 60471


Vision Service Plan - (IL)
File # 74619
P.O. Box 60000
San Francisco, CA 94160-4619


VLR Food Corporation
575 Oster Lane
Concord, Ontario, ZZ L4K2B9
Canada


W.B.Mccloud & Co., Inc.
2500 W. Higgins Rd
Hoffman Estates, IL 60195-5220

Weldstar Company
PO Box 1150
Aurora, IL 60507


Willis Shaw Express Inc
2116 Paysphere Circle
Chicago, IL 60674


Windsor Cheese
P. O. Box 796
Carthage, MO 64836


Windsor Foods
Dept 97
PO Box 4346
Houston, TX 77210-4346


Wolf Business Forms, Inc
4714 W. 137th St
Crestwood, IL 60445


Zenith Insurance Company
Attn: Ms. Nellie Andonian
4415 Collections Center Drive
Chicago, IL 60693

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Continental Refrigerated Services, LLC** _____

Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Continental Refrigerated Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 22, 2009** _____

Date

**/s/ Daniel A. Zazove** _____

**Daniel A. Zazove**

Signature of Attorney or Litigant

Counsel for   **Continental Refrigerated Services, LLC** _____

**Perkins Coie LLP**
**131 S. Dearborn Street, Suite 1700**
**Chicago, IL 60603-5559**
**312-324-8400 Fax:312-324-9400**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Continental Refrigeration Services, LLC   ) Chapter
                                                 ) Bankruptcy Case No. 7
                                                 )
                                                 )
         Debtor(s)                               )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER          Date: **October 22, 2009**
A.    To be completed in all cases.

    I(We) **Mark Vandenberg** and _____, the undersigned
debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have
given my (our)attorney, including correct social security number(s) and the information provided in the electronically

filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the
Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this
DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in
addition to the petition. I(we) understaand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11
U.S.C. sections 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose
      debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States
Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under
chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited
      liability entity.

    ☑    I declare under penalty of perjury that the information provided in this petition is true and correct and
that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in
accordance with the chapter specified in the petition.

Signature: _____          Signature: _____
(Debtor or Corporate Officer, Partner or Member)          (Joint Debtor)