# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Continental Refrigerated Srvcs, LLC | § | Case No. 09-39658 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/22/2009 .   The undersigned trustee was appointed on 09/23/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          11,466.90

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10.69 |
| Bank service fees | 605.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 10,850.82 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/15/2010  and the deadline for filing governmental claims was  03/15/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,896.69 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,896.69 , for a total compensation of $ 1,896.69 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2016                        By:/s/Peter N. Metrou, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 09-39658 | BWB | Judge: | Bruce W. Black | | Trustee Name: | | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|---|---|
| Case Name: | Continental Refrigerated Srvcs, LLC | | | | | Date Filed (f) or Converted (c): | | 10/22/2009 (f) |
| | | | | | | 341(a) Meeting Date: | | 12/09/2009 |
| For Period Ending: | 05/16/2016 | | | | | Claims Bar Date: | | 03/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checks received form The Horton Group - refund | 11,459.17 | 595.00 | | 595.00 | FA |
| 2.  Checks received form the Village of University Par | 302,294.36 | 0.00 | OA | 0.00 | FA |
| 3.  Prepaid Legal Retainer Refund                    (u) | 0.00 | 10,864.17 | | 10,864.17 | FA |
| 4.  VOID                                             (u) | Unknown | 0.00 | | 0.00 | FA |
| 5.  VOID                                             (u) | Unknown | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits                (u) | 0.00 | N/A | | 7.73 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $313,753.53 | $11,459.17 | | $11,466.90 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee Waller was original trustee.  Successor Trustee Michael Berland; and current second successor Trustee is Peter Metrou.  Trustee Waller received funds from liquidation of assets.  Litigation resulting in two adversary proceedings ultimately resulting in no value to the estate.  Numerous claims objections made and resolved.  Case assigned to new trustee on September 23, 2014.  Trustee resolving issues concerning tax filing with accountant.  Claims review completed and finalizing TFR.

| RE PROP # | 1 | -- | Check received from refunds of insurance premiums overpayment. |
|---|---|---|---|
| RE PROP # | 2 | -- | Per amended Schedules B value changed to $302,294.36 plus unknown amounts, see docket numbers 9 and 13. Motion to Abandon granted to creditor by court order--see docket number 36.  Village of University Park TIF Payments per amended schedule B dated 11-2-2009 and 11-3-2009. |
| RE PROP # | 3 | -- | Received from Perkins Coie for prepaid legal fees which were intially prepaid by the Horton Group. |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 06/01/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4265 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/10 | | WIRE IN FROM JPMORGAN CHASE BANK, N account 312253864265 | Wire in from JPMorgan Chase Bank, N.A. account 312253864265 | 9999-000 | $11,462.33 | | $11,462.33 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.54 | | $11,462.87 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.69 | | $11,463.56 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.66 | | $11,464.22 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.68 | | $11,464.90 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.67 | | $11,465.57 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.66 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.75 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.84 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.93 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.02 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.08 | | $11,466.10 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.19 |
| 04/21/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.06 | | $11,466.25 |
| 04/25/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.01 | | $11,466.26 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.01 | | $11,466.27 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.36 |

| Page Subtotals: | $11,466.36 | $0.00 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721
For Period Ending: 05/16/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX4265
Money Market Account (Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,466.45 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,466.54 |
| 08/01/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $21.99 | $11,444.55 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,444.64 |
| 08/31/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fees | 2600-000 | | $26.66 | $11,417.98 |
| 09/26/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee Adjustment | 2600-000 | | ($0.79) | $11,418.77 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,418.86 |
| 09/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fees | 2600-000 | | $25.00 | $11,393.86 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,393.95 |
| 10/31/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,368.95 |
| 11/30/11 | | ADJUSTMENT, TRANSFER | BANK SERVICE FEES | 9999-000 | $25.00 | | $11,393.95 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,394.04 |
| 11/30/11 | | Transfer to Acct # XXXXXX4266 | Transfer for reassignment | 9999-000 | | $11,369.04 | $25.00 |
| 11/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,491.90 | $11,491.90 |
| Less: Bank Transfers/CD's | $11,487.33 | $11,369.04 |
| Subtotal | $4.57 | $122.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:   $25.54   $11,491.90

Case 09-39658     Doc 88     Filed 05/20/16     Entered 05/20/16 11:18:51     Desc Main
Document     Page 6 of 32

$4.57     $122.86

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-39658 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | Continental Refrigerated Srvcs, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX4266 |
| | | | Money Market Account (Interest Earn |
| Taxpayer ID No: | XX-XXX3721 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/16/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/11 | | Transfer from Acct # XXXXXX4265 | Transfer for reassignment | 9999-000 | $11,369.04 | | $11,369.04 |
| 11/30/11 | 502 | ADJUSTMENT, TRANSFER | Transfer adjustment | 9999-000 | | $25.00 | $11,344.04 |
| 12/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,319.04 |
| 01/26/12 | | Transfer to Acct # XXXXXX3119 | Bank Funds Transfer | 9999-000 | | $11,319.04 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $11,369.04 | $11,369.04 |
| Less: Bank Transfers/CD's | $11,369.04 | $11,344.04 |
| Subtotal | $0.00 | $25.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $25.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                    $11,369.04            $11,369.04

Case 09-39658   Doc 88   Filed 05/20/16   Entered 05/20/16 11:18:51   Desc Main
Document   Page 8 of 32

Page:    5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721
For Period Ending: 05/16/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5181
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/14 | | BERLAND, MICHAEL G. 1 North LaSalle StreetSte 1775Chicago, IL 60602 | Transfer from prior trustee acct | 9999-000 | $11,097.43 | | $11,097.43 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.71 | $11,085.72 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.95 | $11,069.77 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.46 | $11,053.31 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.43 | $11,036.88 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $14.82 | $11,022.06 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $10.69 | $11,011.37 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.39 | $10,994.98 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.82 | $10,979.16 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.32 | $10,962.84 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.77 | $10,947.07 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.28 | $10,930.79 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.25 | $10,914.54 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.70 | $10,898.84 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.20 | $10,882.64 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.66 | $10,866.98 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*          Page Subtotals:          $11,097.43          $230.45

Case 09-39658   Doc 88   Filed 05/20/16   Entered 05/20/16 11:18:51   Desc Main
Document   Page 9 of 32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-39658

Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721

For Period Ending: 05/16/2016

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5181

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.16 | $10,850.82 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $11,097.43 | $246.61 |
| Less: Bank Transfers/CD's | $11,097.43 | $0.00 |
| Subtotal | $0.00 | $246.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $246.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals: $0.00 $16.16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: JPMORGAN CHASE BANK |
| | Account Number/CD#: XXXXXX4265 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/09 | | THE VILLAGE OF UNVIERSITY PARK General Fund698 Burnham DriveUniversity Park, IL 60466-2708 | Annual TIF Payment DEPOSIT CHECK #067699 | 1124-000 | $302,294.36 | | $302,294.36 |
| 11/03/09 | 1 | THE HORTON GROUP Premium Turst Fund Account10320 Orland ParkwayOrland Park, IL 60467 | Insurance Premiums DEPOSIT CHECK #2931 | 1129-000 | $595.00 | | $302,889.36 |
| 11/03/09 | 3 | COIE, PERKINS 1201 Third Avenue 40th FloorSeattle, WA 98101-3099 | Overpayment of attorneys fees DEPOSIT CHECK #1033912 | 1229-000 | $10,864.17 | | $313,753.53 |
| 11/03/09 | | Reverses Deposit # 1 | VOIDED DEPOSIT | 1124-000 | ($302,294.36) | | $11,459.17 |
| 11/30/09 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.0500% | 1270-000 | $1.22 | | $11,460.39 |
| 12/31/09 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.0500% | 1270-000 | $0.48 | | $11,460.87 |
| 01/29/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.0500% | 1270-000 | $0.45 | | $11,461.32 |
| 02/26/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.0500% | 1270-000 | $0.43 | | $11,461.75 |
| 03/31/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at 0.0500% | 1270-000 | $0.51 | | $11,462.26 |
| 04/06/10 | INT | JPMorgan Chase Bank, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | $0.07 | | $11,462.33 |
| 04/06/10 | 501 | WIRE OUT TO BNYM ACCOUNT 0002538642 | Wire to BNYM acct 000253864265 Wire out to BNYM account 000253864265 | 9999-000 | | $11,462.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,462.33 | $11,462.33 |
| Less: Bank Transfers/CD's | $0.00 | $11,462.33 |
| Subtotal | $11,462.33 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*     Page Subtotals:     $11,462.33     $11,462.33

$11,462.53         $0.00

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX3119
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX3721
For Period Ending: 05/16/2016

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # XXXXXX4266 | Bank Funds Transfer | 9999-000 | $11,319.04 | | $11,319.04 |
| 02/06/13 | 1001 | ESTATE OF CONTINETAL SERVICES LIGHT | Transfer to new trustee Michael B. Michael Berland is successor trustee | 9999-000 | | $11,319.04 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,319.04 | $11,319.04 |
| Less: Bank Transfers/CD's | $11,319.04 | $11,319.04 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals:   $11,319.04   $11,319.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 09-39658 | | | Trustee Name: Peter N. Metrou, Trustee | | | |
| Case Name: Continental Refrigerated Srvcs, LLC | | | Bank Name: Congressional Bank | | | |
| | | | Account Number/CD#: XXXXXX9785 | | | |
| | | | Checking Account (Non-Interest Earn | | | |
| Taxpayer ID No: XX-XXX3721 | | | Blanket Bond (per case limit): $1,000,000.00 | | | |
| For Period Ending: 05/16/2016 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/13 | | WALLER, BRADLEY | Transfer from former trustee | 9999-000 | $11,319.04 | | $11,319.04 |
| 03/08/13 | | CONGRESSIONAL BANK | Bank service fee | 2600-000 | | $10.85 | $11,308.19 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $12.01 | $11,296.18 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.61 | $11,284.57 |
| 06/04/13 | | CONGRESSIONAL BANK | Bank Fee | 2600-000 | | $11.98 | $11,272.59 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.58 | $11,261.01 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.96 | $11,249.05 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.94 | $11,237.11 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.55 | $11,225.56 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.92 | $11,213.64 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.52 | $11,202.12 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.89 | $11,190.23 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.88 | $11,178.35 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.72 | $11,167.63 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.86 | $11,155.77 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.46 | $11,144.31 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.83 | $11,132.48 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: 09-39658 | | | | Trustee Name: Peter N. Metrou, Trustee | | |
| Case Name: Continental Refrigerated Srvcs, LLC | | | | Bank Name: Congressional Bank | | |
| | | | | Account Number/CD#: XXXXXX9785 | | |
| | | | | Checking Account (Non-Interest Earn | | |
| Taxpayer ID No: XX-XXX3721 | | | | Blanket Bond (per case limit): $1,000,000.00 | | |
| For Period Ending: 05/16/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.44 | $11,121.04 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.81 | $11,109.23 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.80 | $11,097.43 |
| 09/29/14 | 1001 | PETER METROU, TRUSTEE OF CONTINTAL Services LLC | Transfer of all monies to successor Peter Metrou was appointed successor trustee when  Michael Berland resigned Peter Metrou was appointed successor trustee when Michael Berland resigned | 9999-000 | | $11,097.43 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $11,319.04 | $11,319.04 |
| Less: Bank Transfers/CD's | | $11,319.04 | $11,097.43 |
| Subtotal | | $0.00 | $221.61 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $221.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*                    Page Subtotals:                    $0.00        $11,132.48

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3119 - Checking Account (Non-Interest Earn | $0.00 | $0.00 | $0.00 |
| XXXXXX4265 - Money Market Account (Interest Earn | $4.57 | $122.86 | $0.00 |
| XXXXXX4265 - Money Market Account (Interest Earn | $11,462.33 | $0.00 | $0.00 |
| XXXXXX4266 - Money Market Account (Interest Earn | $0.00 | $25.00 | $0.00 |
| XXXXXX5181 - Checking Account (Non-Interest Earn | $0.00 | $246.61 | $10,850.82 |
| XXXXXX9785 - Checking Account (Non-Interest Earn | $0.00 | $221.61 | $0.00 |
| | $11,466.90 | $616.08 | $10,850.82 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $11,466.90 | |
| Total Gross Receipts: | $11,466.90 | |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                          Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>2700 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL 60604 | Administrative<br>Payment Status:<br>Valid To Pay | Telephone conference with Arman Castro for fees due<br><br>Extended Check Description Notes from conversion:<br>Waller v. Village of University Park filed 4/13/10 due $250.00<br>Waller v. Del Monte filed 9/12/12 due $293.00 | $0.00 | $543.00 | $543.00 |
| 68<br>50<br>4210 | CAMPBELL FOODSERVICE<br>COMPANY<br>c/o Timothy Tomazewski, Manager<br>Financial Planning & Analysis<br>One Campbell Place<br>Camden, NJ 08103 | Secured<br>Payment Status:<br>Invalid | Disallowed per docket 63.<br><br>Order Number from conversion: 63<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $50,112.02 | $0.00 |
| 70<br>50<br>4210 | STOCKPOT, INC<br>c/o Michael Donovan, Controller<br>1200 Merrill Creek Parkway<br>Everett, Washington 98203 | Secured<br>Payment Status:<br>Invalid | Disallowed per docket no. 64.<br><br>Order Number from conversion: 64<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $33,703.11 | $0.00 |
| 1 -2<br>70<br>7100 | N S LOGISTICS, INC<br>P.O. Box 812<br>Lake Zurich, IL 60047 | Unsecured<br>Payment Status:<br>Valid To Pay | (1-1) Delivery Services<br>(1-1) Attachments Only Filer notified to file Amended - 11/13/2009 rg | $0.00 | $15,888.00 | $15,888.00 |
| 1<br>70<br>7100 | N S LOGISTICS, INC<br>P.O. Box 812<br>Lake Zurich, IL 60047 | Unsecured<br>Payment Status:<br>Valid To Pay | (1-1) Delivery Services<br>(1-1) Attachments Only Filer notified to file Amended - 11/13/2009 rg | $0.00 | $15,888.00 | $0.00 |
| 2<br>70<br>7100 | ON A ROLL TRUCKING INC<br>c/o Rebert FeldGreber<br>100 Lexington Drive Suite 201<br>Buffalo Grove, Il 60089 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $36,387.94 | $36,387.94 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                  Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>70<br>7100 | EIDSON & USSERY TRUCK<br>LINES<br>RT 2,Box 51A<br>Marshall, MO  65340 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $32,612.59 | $32,612.59 |
| 4<br>70<br>7100 | ASSOCIATED MATERIAL<br>HANDLING<br>133 North Swift Road<br>Addison, IL  60101 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $11,482.47 | $11,482.47 |
| 5<br>70<br>7100 | SHARKY TRANSPORTATION<br>INC.<br>PO Box 3156<br>Quincy, IL  62305 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $14,189.02 | $14,189.02 |
| 6<br>70<br>7100 | BILL'S PRODUCE,INC<br>2001 N Indiana Ave<br>Griffith, IN  46319 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $12,289.50 | $12,289.50 |
| 7<br>70<br>7100 | GREIF, INC<br>Po Box 8013<br>Delaware, OH  43015 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,172.77 | $1,172.77 |
| 8<br>70<br>7100 | SUNSTATE CARRIERS,INC<br>PO Box 1449<br>Tavarres, FL  32778-1449 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $8,311.87 | $8,311.87 |
| 9<br>70<br>7100 | SHAMBAUGH & SON,L.P.<br>P O Box 1287<br>Fort Wayne, IN  46801 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,380.71 | $4,380.71 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                                      Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 70 7100 | APPLE BARCODE 2608 Napier Lane Flower Mound, TX 75022 | Unsecured Payment Status: Invalid | Duplicate of Claim #51 Trustee Objection granted pursuant to order #65 Order Number from conversion: 65 Order Date from conversion: 1/13/2012 Additional Claim notes from conversion: Disallowed Objection Notes: The claim is a duplicate of Claim No. _____, filed in the amount of $_____ on _____, which will be allowed. | $0.00 | $8,082.06 | $0.00 |
| 11 70 7100 | EAGAN LOGISTICS, INC. 3101 Sibley Memorial Hwy Eagan, MN 55121-1604 | Unsecured Payment Status: Valid To Pay | | $0.00 | $30,373.11 | $30,373.11 |
| 12 70 7100 | RT&T LOGISTICS, INC. 18353 U.S. Hwy 20 West East Dubuque, IL 61025 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,552.15 | $4,552.15 |
| 13 70 7100 | J.S. HELWIG & SON, LLC. P.O. Box 612191 Dallas, TX 75261-2191 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,245.33 | $4,245.33 |
| 14 70 7100 | DREISILKER ELECTRIC MOT 352 Roosevelt Road Glen Ellyn, IL 60137 | Unsecured Payment Status: Valid To Pay | | $0.00 | $1,291.56 | $1,291.56 |
| 15 70 7100 | STU DURST TRUCKING 1425 County Road, 400 N Lacon, IL 61540 | Unsecured Payment Status: Valid To Pay | | $0.00 | $23,480.70 | $23,480.70 |
| 16 70 7100 | LAND AND LAKES DISPOSAL SERV 21900 S. Central Ave Matteson, IL 60443 | Unsecured Payment Status: Valid To Pay | | $0.00 | $13,454.91 | $13,454.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                 Date: May 16, 2016
Debtor Name: Continental Refrigerated Srvcs, LLC
Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17<br>70<br>7100 | VETERANS TRUCK LINE<br>800 Blackhawk Drive<br>Burlington, WI  53105 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,940.89 | $2,940.89 |
| 18<br>70<br>7100 | CHRISTIE'S COLD STORAGE<br>920 Black Satchel Dr<br>Suite A<br>Charlotte, NC  28216 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $696.00 | $696.00 |
| 19<br>70<br>7100 | COLONIAL FREIGHT SYSTEMS<br>PO Box 22168<br>Knoxville, TN  37933 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $51,552.67 | $51,552.67 |
| 20<br>70<br>7100 | MAP TRANSPORTATION INC.<br>1860 St. Rt. 47<br>Russia, OH  45363 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $8,503.12 | $8,503.12 |
| 21<br>70<br>7100 | R & S TRUCKING<br>5139 W. Medill<br>Chicago, IL  60639-3111 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $16,459.12 | $16,459.12 |
| 22<br>70<br>7100 | LOCAL NO. 78 MISC.<br>WAREHOUSEMEN'S<br>200 E. Howard St., Suite 215<br>Des Plaines, IL  60018 | Unsecured<br>Payment Status:<br>Valid To Pay | (22-1) ERISA Welfare Contributions | $0.00 | $61,074.00 | $61,074.00 |
| 23<br>70<br>7100 | E&M TRUCKING SERVICES<br>INC.<br>3109 Wesley Ave<br>Berwyn, IL  60402 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $50,034.56 | $50,034.56 |
| 24<br>70<br>7100 | KLOS TRUCKING, INC.<br>c/o Jonathan c. Davis, Esq.<br>55 W. Monroe, Suite 1925<br>Chicago, IL  60603 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $56,956.45 | $56,956.45 |
| 25<br>70<br>7100 | FLOW PRODUCTS,INC<br>2626 W.Addison St.<br>Chicago, IL  60618 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $297.97 | $297.97 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 19)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                    Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 26<br>70<br>7100 | FLEXIBLE STAFFING<br>SERVICES INC<br>135 N. Broadway<br>Melrose Park, IL  60160 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $179,734.78 | $179,734.78 |
| 27<br>70<br>7100 | EIDSON & USSERY TRUCK<br>LINES<br>RT 2,Box 51A<br>Marshall, MO  65340 | Unsecured<br>Payment Status:<br>Invalid | Duplicate of Claim #3<br>Trustee Objection granted pursuant to order #71<br><br>Order Number from conversion: 71<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $32,612.59 | $0.00 |
| 28<br>70<br>7100 | BILL'S PRODUCE,INC<br>2001 N Indiana Ave<br>Griffith, IN  46319 | Unsecured<br>Payment Status:<br>Invalid | Duplicate of Claim #6<br>Trustee Objection granted pursuant to order #72<br><br>Order Number from conversion: 72<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $12,289.50 | $0.00 |
| 29<br>70<br>7100 | GLOBALCOM INC.<br>PO Box 71-5248<br>Columbus, OH  43271-5248 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $974.30 | $974.30 |
| 30<br>70<br>7100 | KLOS TRUCKING, INC.<br>c/o Jonathan c. Davis, Esq.<br>55 W. Monroe, Suite 1925<br>Chicago, IL  60603 | Unsecured<br>Payment Status:<br>Invalid | Duplicate of Claim # 24<br>Trustee Objection granted pursuant to order #74<br><br>Order Number from conversion: 74<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $56,956.45 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 20)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                      Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 31 70 7100 | DREISILKER ELECTRIC MOT 352 Roosevelt Road Glen Ellyn, IL 60137 | Unsecured Payment Status: Invalid | Duplicate of Claim #14 Trustee Objection granted pursuant to order #73 Order Number from conversion: 73 Order Date from conversion: 1/13/2012 Additional Claim notes from conversion: Disallowed | $0.00 | $1,291.56 | $0.00 |
| 32 70 7100 | CLASSIC CARRIERS INC. PO Box 295 Versailles, OH 45380 | Unsecured Payment Status: Valid To Pay | | $0.00 | $49,935.06 | $49,935.06 |
| 33 70 7100 | MARJON TRANSPORTATION, INC. 310 County Line Road Bensenville, IL 60610 | Unsecured Payment Status: Valid To Pay | | $0.00 | $4,271.50 | $4,271.50 |
| 34 70 7100 | STU DURST TRUCKING 1425 County Road, 400 N Lacon, IL 61540 | Unsecured Payment Status: Invalid | Duplicate of Claim #15 Trustee Objection granted pursuant to order #76 Order Number from conversion: 76 Order Date from conversion: 1/13/2012 Additional Claim notes from conversion: Disallowed | $0.00 | $23,480.70 | $0.00 |
| 35 70 7100 | FEE TRANSPORATATION SERVICES c/o Joyce W. Lindauer 8140 Walnut Hill Lane, Suite 301 Dallas, Texas 75231 | Unsecured Payment Status: Valid To Pay | | $0.00 | $187,972.90 | $187,972.90 |
| 36 70 7100 | BESTWAY REFRIGERATED SERVICE PO Box 908 Plymouth, FL 32768-0908 | Unsecured Payment Status: Valid To Pay | | $0.00 | $35,639.74 | $35,639.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 21)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                    Date: May 16, 2016
Debtor Name: Continental Refrigerated Srvcs, LLC
Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 37 70 7100 | COMPLETE TRUCKING, INC. 4206 Shirley Lane Alsip, IL 60803 | Unsecured Payment Status: Valid To Pay | | $0.00 | $15,146.25 | $15,146.25 |
| 38 70 7100 | VICTORY IS MINE TRANSPORT LLC D&S Factors, LLC PO Box 1210 Fruitland, ID 83619-1210 | Unsecured Payment Status: Valid To Pay | | $0.00 | $7,600.35 | $7,600.35 |
| 39 70 7100 | ATLAS TOYOTA MATERIAL HANDL 5050 N. River Road Schiller Park, IL 60176 | Unsecured Payment Status: Valid To Pay | | $0.00 | $283.56 | $283.56 |
| 40 70 7100 | KWIKMEN TRUCKING 430 West 194th Street Glenwood, IL 60425 | Unsecured Payment Status: Valid To Pay | | $0.00 | $44,680.25 | $44,680.25 |
| 41 70 7100 | ROAR LOGISTICS 2495 Main Street Suite 442 Buffalo, NY 14214 Attn: Tim Mathien M. Beth Grieshober | Unsecured Payment Status: Valid To Pay | | $0.00 | $15,539.50 | $15,539.50 |
| 42 70 7100 | AMERICAN ARBITRATION ASSOCIATION 1633 Broadway 10th Floor New York, NY 10019 | Unsecured Payment Status: Valid To Pay | | $0.00 | $200.00 | $200.00 |
| 43 70 7100 | LNK INC. 16611 Spangler Rd. Plainfield, IL 60586 | Unsecured Payment Status: Valid To Pay | | $0.00 | $5,234.74 | $5,234.74 |
| 44 70 7100 | TURBO EXPRESS,INC 8535 W Clara Dr Niles, IL 60714-2307 | Unsecured Payment Status: Valid To Pay | | $0.00 | $88,086.85 | $88,086.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 22)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                                      Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 45<br>70<br>7100 | ON A ROLL TRUCKING INC<br>c/o Rebert FeldGreber<br>100 Lexington Drive Suite 201<br>Buffalo Grove, Il 60089 | Unsecured<br>Payment Status:<br>Invalid | Duplicate of Claim #2<br>Trustee Objection granted pursuant to order #75<br><br>Order Number from conversion: 75<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $36,387.94 | $0.00 |
| 46<br>70<br>7100 | MILLER HYDRAULIC SERVICE<br>INC<br>741 N Main St<br>Manteno, IL 60950 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $500.31 | $500.31 |
| 47<br>70<br>7100 | INTEGRITY COLD EXPRESS<br>P O Box 39<br>Schererville, IN 463375 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,318.73 | $10,318.73 |
| 48<br>70<br>7100 | KAVANAGH GRUMLEY &<br>GORBOLD LLC<br>111 N. Ottawa Street<br>Joliet, IL 60432 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,679.60 | $1,679.60 |
| 49<br>70<br>7100 | MELTZER, PURTILL & STELLE<br>LLC<br>300 S. Wacker Drive, Suite 3500<br>Chicago, IL 6060-6704<br>Attn: David Kane | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $35,291.52 | $35,291.52 |
| 50<br>70<br>7100 | REFRIGIWEAR, INC.<br>PO Box 39<br>Dahlonega, GA 30533-0039 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,666.67 | $2,666.67 |
| 51<br>70<br>7100 | APPLE BARCODE<br>2608 Napier Lane<br>Flower Mound, TX 75022 | Unsecured<br>Payment Status:<br>Valid To Pay | Claim amended from priority to unsecured per court order docket 78.<br><br>Order Number from conversion: 78<br><br>Order Date from conversion: 3/16/2012 | $0.00 | $8,083.60 | $8,083.60 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                           Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 52 70 7100 | ALL IN TRANSPORTATION 122181 S Saddlebrook Lemont, IL  60439 | Unsecured Payment Status: Valid To Pay | | $0.00 | $65,181.37 | $65,181.37 |
| 53 70 7100 | AL-AMIN BROTHERS TRANSP. 17585 S. Paxton Ave Lansing, IL  60438 | Unsecured Payment Status: Valid To Pay | | $0.00 | $139,525.36 | $139,525.36 |
| 54 70 7100 | FEDEX CUSTOMER INFORMATION SERVICES As Assignee of FedEx Express/FedEx Groun Attn: Revenue Recovery Bankruptcy 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN  38116 | Unsecured Payment Status: Valid To Pay | | $0.00 | $492.76 | $492.76 |
| 55 70 7100 | WOLF BUSINESS FORMS, INC 4714 W. 137th St Crestwood, IL  60445 | Unsecured Payment Status: Valid To Pay | | $0.00 | $55.15 | $55.15 |
| 56 70 7100 | E&M TRUCKING SERVICES INC. 3109 Wesley Ave Berwyn, IL  60402 | Unsecured Payment Status: Invalid | Duplicate of Claim #23 Trustee Objection granted pursuant to order #70  Order Number from conversion: 70  Order Date from conversion: 1/13/2012  Additional Claim notes from conversion: Disallowed | $0.00 | $50,034.56 | $0.00 |
| 57 70 7100 | KUHLMAN INC N56 W16865 Ridgewood Dr Suite 100 Menomonee Falls, WI  53051-5656 | Unsecured Payment Status: Valid To Pay | | $0.00 | $11,516.27 | $11,516.27 |
| 58 70 7100 | NEW HAMPSHIRE INSURANCE CORP. 175 Water Street New York, NY  10038 | Unsecured Payment Status: Valid To Pay | | $0.00 | $82,632.00 | $82,632.00 |

Printed: May 16, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 24)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

Date: May 16, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 59<br>70<br>7100 | COMMONWEALTH EDISON COMPANY<br>Bankruptcy Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,483.87 | $1,483.87 |
| 60<br>70<br>7100 | UNIVERSITY PARK COLD STORAGE VENTUR LLC<br>c/o Ronald Barlint<br>Goldberg Kohn Ltd. Suite 3300<br>55 E. Monroe Street<br>Chicago, IL 60603-5792 | Unsecured<br>Payment Status:<br>Valid To Pay | (60-1) See Attached Rider | $0.00 | $7,541,637.72 | $7,541,637.72 |
| 61<br>70<br>7100 | COOL RUNNINGS INC.<br>66884 155th Avenue<br>Wabasha, MN 55981 | Unsecured<br>Payment Status:<br>Valid To Pay | Disallowed as priorirty reclassified as unsecured per docket 67.<br><br>Order Number from conversion: 67<br><br>Order Date from conversion: 1/13/2012 | $0.00 | $21,994.85 | $21,994.85 |
| 62<br>70<br>7100 | FIRST MID-ILLINOIS BANK & TRUST, N.<br>POB 499<br>Mattoon, IL 61938 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $61,120.86 | $61,120.86 |
| 63<br>70<br>7100 | MCGLADREY & PULLEN LLP<br>One S Wacker Drive Suite 800<br>Chicago, IL 60606<br>Attn: Jan Riend | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $7,500.00 | $7,500.00 |
| 64<br>70<br>7100 | J.F. FREIGHT COMPANY<br>c/o David A. Adelman, Esq.<br>1901 N. Roselle Rd., Suite 800<br>Schaumburg, IL 60195 | Unsecured<br>Payment Status:<br>Valid To Pay | (64-1) Services provided | $0.00 | $141,420.71 | $141,420.71 |
| 65<br>70<br>7100 | RSM MCGLADREY, INC.<br>One S Wacker Drive Suite 800<br>Chicago, IL 60606<br>Attn: Jan Riend | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,800.00 | $1,800.00 |
| 66<br>70<br>7100 | S.K. MANNLEIN & ASSOC.<br>5120 Belmont Road<br>Suite R<br>Downers Grove, IL 60515 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,630.00 | $3,630.00 |

Printed: May 16, 2016

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-39658-BWB                                                                    Date: May 16, 2016

Debtor Name: Continental Refrigerated Srvcs, LLC

Claims Bar Date: 3/15/2010

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 67<br>70<br>7100 | CAMPBELL FOODSERVICE<br>COMPANY<br>c/o Timothy Tomazewski, Manager<br>Financial Planning & Analysis<br>One Campbell Place<br>Camden, NJ 08103 | Unsecured<br>Payment Status:<br>Invalid | Disallowed per docket 68.<br><br>Order Number from conversion: 68<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $0.00 | $0.00 |
| 69<br>70<br>7100 | STOCKPOT, INC<br>c/o Michael Donovan, Controller<br>1200 Merrill Creek Parkway<br>Everett, Washington 98203 | Unsecured<br>Payment Status:<br>Invalid | Duplicate of Claim #70<br>Disallowed per docket #69.<br><br>Order Number from conversion: 69<br><br>Order Date from conversion: 1/13/2012<br><br>Additional Claim notes from conversion:<br>Disallowed | $0.00 | $0.00 | $0.00 |
| 71<br>80<br>7200 | INTERNAL REVENUE SERVICE<br>Centeralized Insolvency Office<br>POB 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Payment Status:<br>Valid To Pay | Tardily filed claim for interest and penalties. | $0.00 | $828.96 | $828.96 |
| 100<br>2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,896.69 | $1,896.69 |
| | Case Totals | | | $0.00 | $9,560,565.68 | $9,239,727.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 26)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 10,850.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,896.69 | $ 0.00 | $ 1,896.69 |
| Charges: CLERK OF THE COURT | $ 543.00 | $ 0.00 | $ 543.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,439.69 |
| Remaining Balance | $ | 8,411.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,236,458.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N S LOGISTICS, INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 1 -2 | N S LOGISTICS, INC | $ 15,888.00 | $ 0.00 | $ 14.47 |
| 2 | ON A ROLL TRUCKING INC | $ 36,387.94 | $ 0.00 | $ 33.14 |
| 3 | EIDSON & USSERY TRUCK LINES | $ 32,612.59 | $ 0.00 | $ 29.70 |
| 4 | ASSOCIATED MATERIAL HANDLING | $ 11,482.47 | $ 0.00 | $ 10.46 |
| 5 | SHARKY TRANSPORTATION INC. | $ 14,189.02 | $ 0.00 | $ 12.92 |
| 6 | BILL'S PRODUCE,INC | $ 12,289.50 | $ 0.00 | $ 11.19 |
| 7 | GREIF, INC | $ 1,172.77 | $ 0.00 | $ 1.07 |
| 8 | SUNSTATE CARRIERS,INC | $ 8,311.87 | $ 0.00 | $ 7.57 |
| 9 | SHAMBAUGH & SON,L.P. | $ 4,380.71 | $ 0.00 | $ 3.99 |
| 11 | EAGAN LOGISTICS, INC. | $ 30,373.11 | $ 0.00 | $ 27.66 |
| 12 | RT&T LOGISTICS, INC. | $ 4,552.15 | $ 0.00 | $ 4.15 |
| 13 | J.S. HELWIG & SON, LLC. | $ 4,245.33 | $ 0.00 | $ 3.87 |
| 14 | DREISILKER ELECTRIC MOT | $ 1,291.56 | $ 0.00 | $ 1.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | STU DURST TRUCKING | $ 23,480.70 | $ 0.00 | $ 21.38 |
| 16 | LAND AND LAKES DISPOSAL SERV | $ 13,454.91 | $ 0.00 | $ 12.25 |
| 17 | VETERANS TRUCK LINE | $ 2,940.89 | $ 0.00 | $ 2.68 |
| 18 | CHRISTIE'S COLD STORAGE | $ 696.00 | $ 0.00 | $ 0.63 |
| 19 | COLONIAL FREIGHT SYSTEMS | $ 51,552.67 | $ 0.00 | $ 46.95 |
| 20 | MAP TRANSPORTATION INC. | $ 8,503.12 | $ 0.00 | $ 7.74 |
| 21 | R & S TRUCKING | $ 16,459.12 | $ 0.00 | $ 14.99 |
| 22 | LOCAL NO. 78 MISC. WAREHOUSEMEN'S | $ 61,074.00 | $ 0.00 | $ 55.62 |
| 23 | E&M TRUCKING SERVICES INC. | $ 50,034.56 | $ 0.00 | $ 45.56 |
| 24 | KLOS TRUCKING, INC. | $ 56,956.45 | $ 0.00 | $ 51.87 |
| 25 | FLOW PRODUCTS,INC | $ 297.97 | $ 0.00 | $ 0.27 |
| 26 | FLEXIBLE STAFFING SERVICES INC | $ 179,734.78 | $ 0.00 | $ 163.67 |
| 29 | GLOBALCOM INC. | $ 974.30 | $ 0.00 | $ 0.89 |
| 32 | CLASSIC CARRIERS INC. | $ 49,935.06 | $ 0.00 | $ 45.47 |
| 33 | MARJON TRANSPORTATION, INC. | $ 4,271.50 | $ 0.00 | $ 3.89 |
| 35 | FEE TRANSPORATATION SERVICES | $ 187,972.90 | $ 0.00 | $ 171.18 |
| 36 | BESTWAY REFRIGERATED SERVICE | $ 35,639.74 | $ 0.00 | $ 32.46 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | COMPLETE TRUCKING, INC. | $ 15,146.25 | $ 0.00 | $ 13.79 |
| 38 | VICTORY IS MINE TRANSPORT LLC | $ 7,600.35 | $ 0.00 | $ 6.92 |
| 39 | ATLAS TOYOTA MATERIAL HANDL | $ 283.56 | $ 0.00 | $ 0.26 |
| 40 | KWIKMEN TRUCKING | $ 44,680.25 | $ 0.00 | $ 40.69 |
| 41 | ROAR LOGISTICS | $ 15,539.50 | $ 0.00 | $ 14.15 |
| 42 | AMERICAN ARBITRATION ASSOCIATION | $ 200.00 | $ 0.00 | $ 0.18 |
| 43 | LNK INC. | $ 5,234.74 | $ 0.00 | $ 4.77 |
| 44 | TURBO EXPRESS,INC | $ 88,086.85 | $ 0.00 | $ 80.22 |
| 46 | MILLER HYDRAULIC SERVICE INC | $ 500.31 | $ 0.00 | $ 0.46 |
| 47 | INTEGRITY COLD EXPRESS | $ 10,318.73 | $ 0.00 | $ 9.40 |
| 48 | KAVANAGH GRUMLEY & GORBOLD LLC | $ 1,679.60 | $ 0.00 | $ 1.53 |
| 49 | MELTZER, PURTILL & STELLE LLC | $ 35,291.52 | $ 0.00 | $ 32.14 |
| 50 | REFRIGIWEAR, INC. | $ 2,666.67 | $ 0.00 | $ 2.43 |
| 51 | APPLE BARCODE | $ 8,083.60 | $ 0.00 | $ 7.36 |
| 52 | ALL IN TRANSPORTATION | $ 65,181.37 | $ 0.00 | $ 59.36 |
| 53 | AL-AMIN BROTHERS TRANSP. | $ 139,525.36 | $ 0.00 | $ 127.06 |
| 54 | FEDEX CUSTOMER INFORMATION SERVICES | $ 492.76 | $ 0.00 | $ 0.45 |
| 55 | WOLF BUSINESS FORMS, INC | $ 55.15 | $ 0.00 | $ 0.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 57 | KUHLMAN INC | $ 11,516.27 | $ 0.00 | $ 10.49 |
| 58 | NEW HAMPSHIRE INSURANCE CORP. | $ 82,632.00 | $ 0.00 | $ 75.25 |
| 59 | COMMONWEALTH EDISON COMPANY | $ 1,483.87 | $ 0.00 | $ 1.35 |
| 60 | UNIVERSITY PARK COLD STORAGE VENTUR | $ 7,541,637.72 | $ 0.00 | $ 6,867.75 |
| 61 | COOL RUNNINGS INC. | $ 21,994.85 | $ 0.00 | $ 20.03 |
| 62 | FIRST MID-ILLINOIS BANK & TRUST, N. | $ 61,120.86 | $ 0.00 | $ 55.65 |
| 63 | MCGLADREY & PULLEN LLP | $ 7,500.00 | $ 0.00 | $ 6.82 |
| 64 | J.F. FREIGHT COMPANY | $ 141,420.71 | $ 0.00 | $ 128.77 |
| 65 | RSM MCGLADREY, INC. | $ 1,800.00 | $ 0.00 | $ 1.63 |
| 66 | S.K. MANNLEIN & ASSOC. | $ 3,630.00 | $ 0.00 | $ 3.30 |

Total to be paid to timely general unsecured creditors          $          8,411.13

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 828.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 71 | INTERNAL REVENUE SERVICE | $ 828.96 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $_____ 0.00

Remaining Balance                                              $_____ 0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE