# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Continental Refrigerated Srvcs, LLC | § | Case No. 09-39658 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 302,294.36           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,880.38           Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  3,586.52

3) Total gross receipts of $ 11,466.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,466.90  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,586.52 | 3,586.52 | 3,586.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 9,253,175.50 | 9,237,287.50 | 7,880.38 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 9,256,762.02 | $ 9,240,874.02 | $ 11,466.90 |

4)  This case was originally filed under chapter 7 on  10/22/2009 .  The case was pending for 87 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/05/2016 _____   By:/s/Peter N. Metrou, Trustee _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checks received form The Horton Group - refund | 1129-000 | 595.00 |
| Prepaid Legal Retainer Refund | 1229-000 | 10,864.17 |
| Post-Petition Interest Deposits | 1270-000 | 7.73 |
| TOTAL GROSS RECEIPTS | | $ 11,466.90 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,896.69 | 1,896.69 | 1,896.69 |
| ADAMS LEVINE | 2300-000 | NA | 10.69 | 10.69 | 10.69 |
| Associated Bank | 2600-000 | NA | 235.92 | 235.92 | 235.92 |
| CONGRESSIONAL BANK | 2600-000 | NA | 221.61 | 221.61 | 221.61 |
| THE BANK OF NEW YORK MELLON | 2600-000 | NA | 147.86 | 147.86 | 147.86 |
| CLERK OF THE COURT | 2700-000 | NA | 543.00 | 543.00 | 543.00 |
| Clerk of the US Bankruptcy Court | 2700-000 | NA | 530.75 | 530.75 | 530.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,586.52 | $ 3,586.52 | $ 3,586.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 53 | AL-AMIN BROTHERS TRANSP. | 7100-000 | NA | 139,525.36 | 139,525.36 | 127.06 |
| 52 | ALL IN TRANSPORTATION | 7100-000 | NA | 65,181.37 | 65,181.37 | 59.36 |
| 51 | APPLE BARCODE | 7100-000 | NA | 8,083.60 | 8,083.60 | 7.36 |
| 4 | ASSOCIATED MATERIAL HANDLING | 7100-000 | NA | 11,482.47 | 11,482.47 | 10.46 |
| 36 | BESTWAY REFRIGERATED SERVICE | 7100-000 | NA | 35,639.74 | 35,639.74 | 32.46 |
| 6 | BILL'S PRODUCE,INC | 7100-000 | NA | 12,289.50 | 12,289.50 | 11.19 |
| 32 | CLASSIC CARRIERS INC. | 7100-000 | NA | 49,935.06 | 49,935.06 | 45.47 |
| 19 | COLONIAL FREIGHT SYSTEMS | 7100-000 | NA | 51,552.67 | 51,552.67 | 46.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 37 | COMPLETE TRUCKING, INC. | 7100-000 | NA | 15,146.25 | 15,146.25 | 0.00 |
| 61 | COOL RUNNINGS INC. | 7100-000 | NA | 21,994.85 | 21,994.85 | 0.00 |
| 23 | E&M TRUCKING SERVICES INC. | 7100-000 | NA | 50,034.56 | 50,034.56 | 45.56 |
| 11 | EAGAN LOGISTICS, INC. | 7100-000 | NA | 30,373.11 | 30,373.11 | 0.00 |
| 3 | EIDSON & USSERY TRUCK LINES | 7100-000 | NA | 32,612.59 | 32,612.59 | 29.70 |
| 35 | FEE TRANSPORATATION SERVICES | 7100-000 | NA | 187,972.90 | 187,972.90 | 0.00 |
| 62 | FIRST MID-ILLINOIS BANK & TRUST, N. | 7100-000 | NA | 61,120.86 | 61,120.86 | 55.65 |
| 26 | FLEXIBLE STAFFING SERVICES INC | 7100-000 | NA | 179,734.78 | 179,734.78 | 163.67 |
| 47 | INTEGRITY COLD EXPRESS | 7100-000 | NA | 10,318.73 | 10,318.73 | 9.40 |
| 64 | J.F. FREIGHT COMPANY | 7100-000 | NA | 141,420.71 | 141,420.71 | 0.00 |
| 24 | KLOS TRUCKING, INC. | 7100-000 | NA | 56,956.45 | 56,956.45 | 51.87 |
| 57 | KUHLMAN INC | 7100-000 | NA | 11,516.27 | 11,516.27 | 10.49 |
| 40 | KWIKMEN TRUCKING | 7100-000 | NA | 44,680.25 | 44,680.25 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | LAND AND LAKES DISPOSAL SERV | 7100-000 | NA | 13,454.91 | 13,454.91 | 0.00 |
| 22 | LOCAL NO. 78 MISC. WAREHOUSEMEN'S | 7100-000 | NA | 61,074.00 | 61,074.00 | 0.00 |
| 20 | MAP TRANSPORTATION INC. | 7100-000 | NA | 8,503.12 | 8,503.12 | 7.74 |
| 63 | MCGLADREY & PULLEN LLP | 7100-000 | NA | 7,500.00 | 7,500.00 | 6.82 |
| 49 | MELTZER, PURTILL & STELLE LLC | 7100-000 | NA | 35,291.52 | 35,291.52 | 0.00 |
| 1 | N S LOGISTICS, INC | 7100-000 | NA | 15,888.00 | 0.00 | 0.00 |
| 1 -2 | N S LOGISTICS, INC | 7100-000 | NA | 15,888.00 | 15,888.00 | 0.00 |
| 58 | NEW HAMPSHIRE INSURANCE CORP. | 7100-000 | NA | 82,632.00 | 82,632.00 | 75.25 |
| 2 | ON A ROLL TRUCKING INC | 7100-000 | NA | 36,387.94 | 36,387.94 | 33.14 |
| 21 | R & S TRUCKING | 7100-000 | NA | 16,459.12 | 16,459.12 | 14.99 |
| 41 | ROAR LOGISTICS | 7100-000 | NA | 15,539.50 | 15,539.50 | 0.00 |
| 5 | SHARKY TRANSPORTATION INC. | 7100-000 | NA | 14,189.02 | 14,189.02 | 12.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | STU DURST TRUCKING | 7100-000 | NA | 23,480.70 | 23,480.70 | 21.38 |
| 8 | SUNSTATE CARRIERS,INC | 7100-000 | NA | 8,311.87 | 8,311.87 | 7.57 |
| 44 | TURBO EXPRESS,INC | 7100-000 | NA | 88,086.85 | 88,086.85 | 80.22 |
| 60 | UNIVERSITY PARK COLD STORAGE VENTUR | 7100-000 | NA | 7,541,637.72 | 7,541,637.72 | 6,867.75 |
| 38 | VICTORY IS MINE TRANSPORT LLC | 7100-000 | NA | 7,600.35 | 7,600.35 | 6.92 |
| 42 | AMERICAN ARBITRATION ASSOCIATION | 7100-001 | NA | 200.00 | 200.00 | 0.18 |
| 39 | ATLAS TOYOTA MATERIAL HANDL | 7100-001 | NA | 283.56 | 283.56 | 0.26 |
| 18 | CHRISTIE'S COLD STORAGE | 7100-001 | NA | 696.00 | 696.00 | 0.63 |
| 59 | COMMONWEALTH EDISON COMPANY | 7100-001 | NA | 1,483.87 | 1,483.87 | 1.35 |
| 14 | DREISILKER ELECTRIC MOT | 7100-001 | NA | 1,291.56 | 1,291.56 | 1.18 |
| 54 | FEDEX CUSTOMER INFORMATION SERVICES | 7100-001 | NA | 492.76 | 492.76 | 0.45 |
| 25 | FLOW PRODUCTS,INC | 7100-001 | NA | 297.97 | 297.97 | 0.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29 | GLOBALCOM INC. | 7100-001 | NA | 974.30 | 974.30 | 0.89 |
| 7 | GREIF, INC | 7100-001 | NA | 1,172.77 | 1,172.77 | 1.07 |
| 13 | J.S. HELWIG & SON, LLC. | 7100-001 | NA | 4,245.33 | 4,245.33 | 3.87 |
| 48 | KAVANAGH GRUMLEY & GORBOLD LLC | 7100-001 | NA | 1,679.60 | 1,679.60 | 1.53 |
| 43 | LNK INC. | 7100-001 | NA | 5,234.74 | 5,234.74 | 4.77 |
| 33 | MARJON TRANSPORTATION, INC. | 7100-001 | NA | 4,271.50 | 4,271.50 | 3.89 |
| 46 | MILLER HYDRAULIC SERVICE INC | 7100-001 | NA | 500.31 | 500.31 | 0.46 |
| 50 | REFRIGIWEAR, INC. | 7100-001 | NA | 2,666.67 | 2,666.67 | 2.43 |
| 65 | RSM MCGLADREY, INC. | 7100-001 | NA | 1,800.00 | 1,800.00 | 1.63 |
| 12 | RT&T LOGISTICS, INC. | 7100-001 | NA | 4,552.15 | 4,552.15 | 4.15 |
| 66 | S.K. MANNLEIN & ASSOC. | 7100-001 | NA | 3,630.00 | 3,630.00 | 3.30 |
| 9 | SHAMBAUGH & SON,L.P. | 7100-001 | NA | 4,380.71 | 4,380.71 | 3.99 |
| 17 | VETERANS TRUCK LINE | 7100-001 | NA | 2,940.89 | 2,940.89 | 2.68 |
| 55 | WOLF BUSINESS FORMS, INC | 7100-001 | NA | 55.15 | 55.15 | 0.05 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 71 | INTERNAL REVENUE SERVICE | 7200-000 | NA | 828.96 | 828.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 9,253,175.50 | $ 9,237,287.50 | $ 7,880.38 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-39658 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Continental Refrigerated Srvcs, LLC | | | | | Date Filed (f) or Converted (c): | 10/22/2009 (f) |
| | | | | | | 341(a) Meeting Date: | 12/09/2009 |
| For Period Ending: | 12/05/2016 | | | | | Claims Bar Date: | 03/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checks received form The Horton Group - refund | 11,459.17 | 595.00 | | 595.00 | FA |
| 2.  Checks received form the Village of University Par | 302,294.36 | 0.00 | OA | 0.00 | FA |
| 3.  Prepaid Legal Retainer Refund          (u) | 0.00 | 10,864.17 | | 10,864.17 | FA |
| 4.  VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| 5.  VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | 0.00 | N/A | | 7.73 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $313,753.53          $11,459.17          $11,466.90          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee Waller was original trustee.  Successor Trustee Michael Berland; and current second successor Trustee is Peter Metrou.  Trustee Waller received funds from liquidation of assets.  Litigation resulting in two adversary proceedings ultimately resulting in no value to the estate.  Numerous claims objections made and resolved.  Case assigned to new trustee on September 23, 2014.  Trustee resolving issues concerning tax filing with accountant.  Claims review completed and finalizing TFR.

RE PROP #          1  --   Check received from refunds of insurance premiums overpayment.

RE PROP #          2  --   Per amended Schedules B value changed to $302,294.36 plus unknown amounts, see docket numbers 9 and 13.
Motion to Abandon granted to creditor by court order--see docket number 36.  Village of University Park TIF Payments per amended schedule B dated 11-2-2009 and 11-3-2009.

RE PROP #          3  --   Received from Perkins Coie for prepaid legal fees which were intially prepaid by the Horton Group.

Initial Projected Date of Final Report (TFR): 12/01/2015          Current Projected Date of Final Report (TFR): 06/01/2016

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX4265 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/10 | | WIRE IN FROM JPMORGAN CHASE BANK, N account 312253864265 | Wire in from JPMorgan Chase Bank, N.A. account 312253864265 | 9999-000 | $11,462.33 | | $11,462.33 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.54 | | $11,462.87 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.69 | | $11,463.56 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.66 | | $11,464.22 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.68 | | $11,464.90 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $0.67 | | $11,465.57 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.66 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.75 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.84 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,465.93 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.02 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.08 | | $11,466.10 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.19 |
| 04/21/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.06 | | $11,466.25 |
| 04/25/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.01 | | $11,466.26 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.01 | | $11,466.27 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.09 | | $11,466.36 |
| | | | Page Subtotals: | | $11,466.36 | $0.00 | |

Case 09-39658   Doc 98   Filed 12/05/16   Entered 12/05/16 15:43:08   Desc Main
Document   Page 23 of 30

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-39658

Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721

For Period Ending: 12/05/2016

Trustee Name: Peter N. Metrou, Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX4265

Money Market Account (Interest Earn

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,466.45 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,466.54 |
| 08/01/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $21.99 | $11,444.55 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,444.64 |
| 08/31/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fees | 2600-000 | | $26.66 | $11,417.98 |
| 09/26/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee Adjustment | 2600-000 | | ($0.79) | $11,418.77 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,418.86 |
| 09/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fees | 2600-000 | | $25.00 | $11,393.86 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,393.95 |
| 10/31/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,368.95 |
| 11/30/11 | | ADJUSTMENT, TRANSFER | BANK SERVICE FEES | 9999-000 | $25.00 | | $11,393.95 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,394.04 |
| 11/30/11 | | Transfer to Acct # XXXXXX4266 | Transfer for reassignment | 9999-000 | | $11,369.04 | $25.00 |
| 11/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $0.00 |

|  |  | Amount |  |
|---|---|---|---|
| COLUMN TOTALS | | $11,491.90 | $11,491.90 |
| Less: Bank Transfers/CD's | | $11,487.33 | $11,369.04 |
| Subtotal | | $4.57 | $122.86 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Page Subtotals: | | $25.54 | $11,491.90 |

$122.86

$4.57

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721
For Period Ending: 12/05/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX4266
Money Market Account (Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | Transfer from Acct # XXXXXX4265 | Transfer for reassignment | 9999-000 | $11,369.04 | | $11,369.04 |
| 11/30/11 | 502 | ADJUSTMENT, TRANSFER | Transfer adjustment | 9999-000 | | $25.00 | $11,344.04 |
| 12/30/11 | | THE BANK OF NEW YORK MELLON | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,319.04 |
| 01/26/12 | | Transfer to Acct # XXXXXX3119 | Bank Funds Transfer | 9999-000 | | $11,319.04 | $0.00 |

|  |  | COLUMN TOTALS | $11,369.04 | $11,369.04 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | | $11,369.04 | $11,344.04 |
| | Subtotal | | $0.00 | $25.00 |
| | Less: Payments to Debtors | | $0.00 | $0.00 |
| | Net | | $0.00 | $25.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals: $11,369.04   $11,369.04

Page:    5

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-39658

Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721

For Period Ending: 12/05/2016

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5181

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/14 | | BERLAND, MICHAEL G. 1 North LaSalle StreetSte 1775Chicago, IL 60602 | Transfer from prior trustee acct | 9999-000 | $11,097.43 | | $11,097.43 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.71 | $11,085.72 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.95 | $11,069.77 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.46 | $11,053.31 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.43 | $11,036.88 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $14.82 | $11,022.06 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $10.69 | $11,011.37 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.39 | $10,994.98 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.82 | $10,979.16 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.32 | $10,962.84 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.77 | $10,947.07 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.28 | $10,930.79 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.25 | $10,914.54 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.70 | $10,898.84 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.20 | $10,882.64 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.66 | $10,866.98 |

Page Subtotals:                $11,097.43        $230.45

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5181 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $16.16 | $10,850.82 |
| 06/21/16 | 5002 | CLERK OF THE COURT<br>Attn: Fiscal Dept.<br>219 South Dearborn St., 7th Floor<br>Chicago, IL  60604 | Deferred filing fees 2 adversaries | 2700-000 | | $543.00 | $10,307.82 |
| 06/21/16 | 5003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,896.69 | $8,411.13 |
| 06/21/16 | 5004 | N S LOGISTICS, INC<br>P.O. Box 812<br>Lake Zurich, IL  60047 | Final distribution to claim 1 representing a payment of 0.09 % per court order. | 7100-000 | | $14.47 | $8,396.66 |
| 06/21/16 | 5005 | ON A ROLL TRUCKING INC<br>c/o Rebert FeldGreber<br>100 Lexington Drive Suite 201<br>Buffalo Grove, Il  60089 | Final distribution to claim 2 representing a payment of 0.09 % per court order. | 7100-000 | | $33.14 | $8,363.52 |
| 06/21/16 | 5006 | EIDSON & USSERY TRUCK LINES<br>RT 2,Box 51A<br>Marshall, MO  65340 | Final distribution to claim 3 representing a payment of 0.09 % per court order. | 7100-000 | | $29.70 | $8,333.82 |
| 06/21/16 | 5007 | ASSOCIATED MATERIAL HANDLING<br>133 North Swift Road<br>Addison, IL  60101 | Final distribution to claim 4 representing a payment of 0.09 % per court order. | 7100-000 | | $10.46 | $8,323.36 |
| 06/21/16 | 5008 | SHARKY TRANSPORTATION INC.<br>PO Box 3156<br>Quincy, IL  62305 | Final distribution to claim 5 representing a payment of 0.09 % per court order. | 7100-000 | | $12.92 | $8,310.44 |
| 06/21/16 | 5009 | BILL'S PRODUCE,INC<br>2001 N Indiana Ave<br>Griffith, IN  46319 | Final distribution to claim 6 representing a payment of 0.09 % per court order. | 7100-000 | | $11.19 | $8,299.25 |
| 06/21/16 | 5010 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $39.03 | $8,260.22 |
| | | GREIF, INC | Final distribution to claim 7   ($1.07) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | SHAMBAUGH & SON,L.P. | Final distribution to claim 9   ($3.99) representing a payment of 0.09 % per court order. | 7100-001 | | | |

| | | | Page Subtotals: | | $0.00 | $2,606.76 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5181 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | RT&T LOGISTICS, INC. | Final distribution to claim 12 representing a payment of 0.09 % per court order. | ($4.15) | 7100-001 | | | |
| | | J.S. HELWIG & SON, LLC. | Final distribution to claim 13 representing a payment of 0.09 % per court order. | ($3.87) | 7100-001 | | | |
| | | DREISILKER ELECTRIC MOT | Final distribution to claim 14 representing a payment of 0.09 % per court order. | ($1.18) | 7100-001 | | | |
| | | VETERANS TRUCK LINE | Final distribution to claim 17 representing a payment of 0.09 % per court order. | ($2.68) | 7100-001 | | | |
| | | CHRISTIE'S COLD STORAGE | Final distribution to claim 18 representing a payment of 0.09 % per court order. | ($0.63) | 7100-001 | | | |
| | | FLOW PRODUCTS,INC | Final distribution to claim 25 representing a payment of 0.09 % per court order. | ($0.27) | 7100-001 | | | |
| | | GLOBALCOM INC. | Final distribution to claim 29 representing a payment of 0.09 % per court order. | ($0.89) | 7100-001 | | | |
| | | MARJON TRANSPORTATION, INC. | Final distribution to claim 33 representing a payment of 0.09 % per court order. | ($3.89) | 7100-001 | | | |
| | | ATLAS TOYOTA MATERIAL HANDL | Final distribution to claim 39 representing a payment of 0.09 % per court order. | ($0.26) | 7100-001 | | | |
| | | AMERICAN ARBITRATION ASSOCIATION | Final distribution to claim 42 representing a payment of 0.09 % per court order. | ($0.18) | 7100-001 | | | |
| | | LNK INC. | Final distribution to claim 43 representing a payment of 0.09 % per court order. | ($4.77) | 7100-001 | | | |
| | | MILLER HYDRAULIC SERVICE INC | Final distribution to claim 46 representing a payment of 0.09 % per court order. | ($0.46) | 7100-001 | | | |

| | | | | | | Page Subtotals: | $0.00 | $0.00 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 09-39658 | Trustee Name:  Peter N. Metrou, Trustee | **Exhibit 9** |
| Case Name:  Continental Refrigerated Srvcs, LLC | Bank Name:  Associated Bank | |
| | Account Number/CD#:  XXXXXX5181 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No:  XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending:  12/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | KAVANAGH GRUMLEY & GORBOLD LLC | Final distribution to claim 48 ($1.53) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | REFRIGIWEAR, INC. | Final distribution to claim 50 ($2.43) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | FEDEX CUSTOMER INFORMATION SERVICES | Final distribution to claim 54 ($0.45) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | WOLF BUSINESS FORMS, INC | Final distribution to claim 55 ($0.05) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | COMMONWEALTH EDISON COMPANY | Final distribution to claim 59 ($1.35) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | RSM MCGLADREY, INC. | Final distribution to claim 65 ($1.63) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| | | S.K. MANNLEIN & ASSOC. | Final distribution to claim 66 ($3.30) representing a payment of 0.09 % per court order. | 7100-001 | | | |
| 06/21/16 | 5011 | SUNSTATE CARRIERS,INC PO Box 1449 Tavarres, FL  32778-1449 | Final distribution to claim 8 representing a payment of 0.09 % per court order. | 7100-000 | | $7.57 | $8,252.65 |
| 06/21/16 | 5012 | EAGAN LOGISTICS, INC. 3101 Sibley Memorial Hwy Eagan, MN  55121-1604 | Final distribution to claim 11 representing a payment of 0.09 % per court order. | 7100-000 | | $27.66 | $8,224.99 |
| 06/21/16 | 5013 | STU DURST TRUCKING 1425 County Road, 400 N Lacon, IL  61540 | Final distribution to claim 15 representing a payment of 0.09 % per court order. | 7100-000 | | $21.38 | $8,203.61 |
| 06/21/16 | 5014 | LAND AND LAKES DISPOSAL SERV 21900 S. Central Ave Matteson, IL  60443 | Final distribution to claim 16 representing a payment of 0.09 % per court order. | 7100-000 | | $12.25 | $8,191.36 |
| 06/21/16 | 5015 | COLONIAL FREIGHT SYSTEMS PO Box 22168 Knoxville, TN  37933 | Final distribution to claim 19 representing a payment of 0.09 % per court order. | 7100-000 | | $46.95 | $8,144.41 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $115.81 |

Case 09-39658   Doc 98   Filed 12/05/16   Entered 12/05/16 15:43:08   Desc Main
Document   Page 20 of 30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5181 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/16 | 5016 | MAP TRANSPORTATION INC. 1860 St. Rt. 47 Russia, OH 45363 | Final distribution to claim 20 representing a payment of 0.09 % per court order. | 7100-000 | | $7.74 | $8,136.67 |
| 06/21/16 | 5017 | R & S TRUCKING 5139 W. Medill Chicago, IL 60639-3111 | Final distribution to claim 21 representing a payment of 0.09 % per court order. | 7100-000 | | $14.99 | $8,121.68 |
| 06/21/16 | 5018 | LOCAL NO. 78 MISC. WAREHOUSEMEN'S 200 E. Howard St., Suite 215 Des Plaines, IL 60018 | Final distribution to claim 22 representing a payment of 0.09 % per court order. | 7100-000 | | $55.62 | $8,066.06 |
| 06/21/16 | 5019 | E&M TRUCKING SERVICES INC. 3109 Wesley Ave Berwyn, IL 60402 | Final distribution to claim 23 representing a payment of 0.09 % per court order. | 7100-000 | | $45.56 | $8,020.50 |
| 06/21/16 | 5020 | KLOS TRUCKING, INC. c/o Jonathan c. Davis, Esq. 55 W. Monroe, Suite 1925 Chicago, IL 60603 | Final distribution to claim 24 representing a payment of 0.09 % per court order. | 7100-000 | | $51.87 | $7,968.63 |
| 06/21/16 | 5021 | FLEXIBLE STAFFING SERVICES INC 135 N. Broadway Melrose Park, IL 60160 | Final distribution to claim 26 representing a payment of 0.09 % per court order. | 7100-000 | | $163.67 | $7,804.96 |
| 06/21/16 | 5022 | CLASSIC CARRIERS INC. PO Box 295 Versailles, OH 45380 | Final distribution to claim 32 representing a payment of 0.09 % per court order. | 7100-000 | | $45.47 | $7,759.49 |
| 06/21/16 | 5023 | FEE TRANSPORATATION SERVICES c/o Joyce W. Lindauer 8140 Walnut Hill Lane, Suite 301 Dallas, Texas 75231 | Final distribution to claim 35 representing a payment of 0.09 % per court order. | 7100-000 | | $171.18 | $7,588.31 |
| 06/21/16 | 5024 | BESTWAY REFRIGERATED SERVICE PO Box 908 Plymouth, FL 32768-0908 | Final distribution to claim 36 representing a payment of 0.09 % per court order. | 7100-000 | | $32.46 | $7,555.85 |
| 06/21/16 | 5025 | COMPLETE TRUCKING, INC. 4206 Shirley Lane Alsip, IL 60803 | Final distribution to claim 37 representing a payment of 0.09 % per court order. | 7100-000 | | $13.79 | $7,542.06 |
| 06/21/16 | 5026 | VICTORY IS MINE TRANSPORT LLC D&S Factors, LLC PO Box 1210 Fruitland, ID 83619-1210 | Final distribution to claim 38 representing a payment of 0.09 % per court order. | 7100-000 | | $6.92 | $7,535.14 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $609.27 |

Case 09-39658   Doc 98   Filed 12/05/16   Entered 12/05/16 15:43:08   Desc Main
FORM 2
Document   Page 21 of 30
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case No:  09-39658 | | | Trustee Name:  Peter N. Metrou, Trustee | | | |
| Case Name:  Continental Refrigerated Srvcs, LLC | | | Bank Name:  Associated Bank | | | |
| | | | Account Number/CD#:  XXXXXX5181 | | | |
| | | | Checking Account (Non-Interest Earn | | | |
| Taxpayer ID No:  XX-XXX3721 | | | Blanket Bond (per case limit):  $1,000,000.00 | | | |
| For Period Ending:  12/05/2016 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 06/21/16 | 5027 | KWIKMEN TRUCKING<br>430 West 194th Street<br>Glenwood, IL  60425 | Final distribution to claim 40 representing a payment of 0.09 % per court order. | 7100-000 | | $40.69 | $7,494.45 |
| 06/21/16 | 5028 | ROAR LOGISTICS<br>2495 Main Street<br>Suite 442<br>Buffalo, NY  14214<br>Attn: Tim Mathien M. Beth Grieshober | Final distribution to claim 41 representing a payment of 0.09 % per court order. | 7100-000 | | $14.15 | $7,480.30 |
| 06/21/16 | 5029 | TURBO EXPRESS,INC<br>8535 W Clara Dr<br>Niles, IL  60714-2307 | Final distribution to claim 44 representing a payment of 0.09 % per court order. | 7100-000 | | $80.22 | $7,400.08 |
| 06/21/16 | 5030 | INTEGRITY COLD EXPRESS<br>P O Box 39<br>Schererville, IN  463375 | Final distribution to claim 47 representing a payment of 0.09 % per court order. | 7100-000 | | $9.40 | $7,390.68 |
| 06/21/16 | 5031 | MELTZER, PURTILL & STELLE LLC<br>300 S. Wacker Drive, Suite 3500<br>Chicago, IL  6060-6704<br>Attn: David Kane | Final distribution to claim 49 representing a payment of 0.09 % per court order. | 7100-000 | | $32.14 | $7,358.54 |
| 06/21/16 | 5032 | APPLE BARCODE<br>2608 Napier Lane<br>Flower Mound, TX  75022 | Final distribution to claim 51 representing a payment of 0.09 % per court order. | 7100-000 | | $7.36 | $7,351.18 |
| 06/21/16 | 5033 | ALL IN TRANSPORTATION<br>122181 S Saddlebrook<br>Lemont, IL  60439 | Final distribution to claim 52 representing a payment of 0.09 % per court order. | 7100-000 | | $59.36 | $7,291.82 |
| 06/21/16 | 5034 | AL-AMIN BROTHERS TRANSP.<br>17585 S. Paxton Ave<br>Lansing, IL  60438 | Final distribution to claim 53 representing a payment of 0.09 % per court order. | 7100-000 | | $127.06 | $7,164.76 |
| 06/21/16 | 5035 | KUHLMAN INC<br>N56 W16865 Ridgewood Dr<br>Suite 100<br>Menomonee Falls, WI  53051-5656 | Final distribution to claim 57 representing a payment of 0.09 % per court order. | 7100-000 | | $10.49 | $7,154.27 |
| 06/21/16 | 5036 | NEW HAMPSHIRE INSURANCE CORP.<br>175 Water Street<br>New York, NY  10038 | Final distribution to claim 58 representing a payment of 0.09 % per court order. | 7100-000 | | $75.25 | $7,079.02 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $456.12 |

Case 09-39658   Doc 98   Filed 12/05/16   Entered 12/05/16 15:43:08   Desc Main
Document   Page 22 of 30

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-39658                                          Trustee Name: Peter N. Metrou, Trustee          Exhibit 9
Case Name: Continental Refrigerated Srvcs, LLC            Bank Name: Associated Bank
                                                           Account Number/CD#: XXXXXX5181
                                                           Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX3721                                Blanket Bond (per case limit): $1,000,000.00
For Period Ending: 12/05/2016                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/16 | 5037 | UNIVERSITY PARK COLD STORAGE VENTUR LLC c/o Ronald Barlint Goldberg Kohn Ltd. Suite 3300 55 E. Monroe Street Chicago, IL 60603-5792 | Final distribution to claim 60 representing a payment of 0.09 % per court order. | 7100-000 | | $6,867.75 | $211.27 |
| 06/21/16 | 5038 | COOL RUNNINGS INC. 66884 155th Avenue Wabasha, MN 55981 | Final distribution to claim 61 representing a payment of 0.09 % per court order. | 7100-000 | | $20.03 | $191.24 |
| 06/21/16 | 5039 | FIRST MID-ILLINOIS BANK & TRUST, N. POB 499 Mattoon, IL 61938 | Final distribution to claim 62 representing a payment of 0.09 % per court order. | 7100-000 | | $55.65 | $135.59 |
| 06/21/16 | 5040 | MCGLADREY & PULLEN LLP One S Wacker Drive Suite 800 Chicago, IL 60606 Attn: Jan Riend | Final distribution to claim 63 representing a payment of 0.09 % per court order. | 7100-000 | | $6.82 | $128.77 |
| 06/21/16 | 5041 | J.F. FREIGHT COMPANY c/o David A. Adelman, Esq. 1901 N. Roselle Rd., Suite 800 Schaumburg, IL 60195 | Final distribution to claim 64 representing a payment of 0.09 % per court order. | 7100-000 | | $128.77 | $0.00 |
| 10/12/16 | 5004 | N S LOGISTICS, INC P.O. Box 812 Lake Zurich, IL 60047 | Remit to Court Final distribution to claim 1 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($14.47) | $14.47 |
| 10/12/16 | 5012 | EAGAN LOGISTICS, INC. 3101 Sibley Memorial Hwy Eagan, MN 55121-1604 | Remit to Court Final distribution to claim 11 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($27.66) | $42.13 |
| 10/12/16 | 5014 | LAND AND LAKES DISPOSAL SERV 21900 S. Central Ave Matteson, IL 60443 | Remit to Court Final distribution to claim 16 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($12.25) | $54.38 |
| 10/12/16 | 5018 | LOCAL NO. 78 MISC. WAREHOUSEMEN'S 200 E. Howard St., Suite 215 Des Plaines, IL 60018 | Remit to Court Final distribution to claim 22 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($55.62) | $110.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 22)                    Page Subtotals:          $0.00        $6,969.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5181 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/16 | 5023 | FEE TRANSPORATATION SERVICES c/o Joyce W. Lindauer 8140 Walnut Hill Lane, Suite 301 Dallas, Texas 75231 | Remit to Court Final distribution to claim 35 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($171.18) | $281.18 |
| 10/12/16 | 5025 | COMPLETE TRUCKING, INC. 4206 Shirley Lane Alsip, IL 60803 | Remit to Court Final distribution to claim 37 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($13.79) | $294.97 |
| 10/12/16 | 5027 | KWIKMEN TRUCKING 430 West 194th Street Glenwood, IL 60425 | Remit to Court Final distribution to claim 40 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($40.69) | $335.66 |
| 10/12/16 | 5028 | ROAR LOGISTICS 2495 Main Street Suite 442 Buffalo, NY 14214 Attn: Tim Mathien M. Beth Grieshober | Remit to Court Final distribution to claim 41 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($14.15) | $349.81 |
| 10/12/16 | 5031 | MELTZER, PURTILL & STELLE LLC 300 S. Wacker Drive, Suite 3500 Chicago, IL 6060-6704 Attn: David Kane | Remit to Court Final distribution to claim 49 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($32.14) | $381.95 |
| 10/12/16 | 5038 | COOL RUNNINGS INC. 66884 155th Avenue Wabasha, MN 55981 | Remit to Court Final distribution to claim 61 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($20.03) | $401.98 |
| 10/12/16 | 5041 | J.F. FREIGHT COMPANY c/o David A. Adelman, Esq. 1901 N. Roselle Rd., Suite 800 Schaumburg, IL 60195 | Remit to Court Final distribution to claim 64 representing a payment of 0.09 % per court order. Reversal | 7100-001 | | ($128.77) | $530.75 |
| 10/13/16 | 5042 | Clerk of the US Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Unclaimed Funds Payment to Clerk of the Court for unclaimed funds more that 90 days old. Total of 11 claimants. | 2700-000 | | $530.75 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,097.43 | $11,097.43 |
| Less: Bank Transfers/CD's | $11,097.43 | $0.00 |
| Page Subtotals: | $0.00 | $110.00 |

| | | |
|---|---|---|
| Subtotal | $0.00 | $11,097.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,097.43 |

Exhibit 9

Page Subtotals:                    $0.00              $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: JPMORGAN CHASE BANK |
| | Account Number/CD#: XXXXXX4265 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/09 | | THE VILLAGE OF UNVIERSITY PARK General Fund698 Burnham DriveUniversity Park, IL 60466-2708 | Annual TIF Payment DEPOSIT CHECK #067699 | 1124-000 | $302,294.36 | | $302,294.36 |
| 11/03/09 | 1 | THE HORTON GROUP Premium Turst Fund Account10320 Orland ParkwayOrland Park, IL 60467 | Insurance Premiums DEPOSIT CHECK #2931 | 1129-000 | $595.00 | | $302,889.36 |
| 11/03/09 | 3 | COIE, PERKINS 1201 Third Avenue 40th FloorSeattle, WA 98101-3099 | Overpayment of attorneys fees DEPOSIT CHECK #1033912 | 1229-000 | $10,864.17 | | $313,753.53 |
| 11/03/09 | | Reverses Deposit # 1 | VOIDED DEPOSIT | 1124-000 | ($302,294.36) | | $11,459.17 |
| 11/30/09 | INT | JPMorgan Chase Bank, N.A. | Interest posting at  0.0500% | 1270-000 | $1.22 | | $11,460.39 |
| 12/31/09 | INT | JPMorgan Chase Bank, N.A. | Interest posting at  0.0500% | 1270-000 | $0.48 | | $11,460.87 |
| 01/29/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at  0.0500% | 1270-000 | $0.45 | | $11,461.32 |
| 02/26/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at  0.0500% | 1270-000 | $0.43 | | $11,461.75 |
| 03/31/10 | INT | JPMorgan Chase Bank, N.A. | Interest posting at  0.0500% | 1270-000 | $0.51 | | $11,462.26 |
| 04/06/10 | INT | JPMorgan Chase Bank, N.A. | Current Interest Rate is 0.0500% JPMORGAN CHASE BANK, N.A. | 1270-000 | $0.07 | | $11,462.33 |
| 04/06/10 | 501 | WIRE OUT TO BNYM ACCOUNT 0002538642 | Wire to BNYM acct 000253864265 Wire out to BNYM account 000253864265 | 9999-000 | | $11,462.33 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,462.33 | $11,462.33 |
| Less: Bank Transfers/CD's | $0.00 | $11,462.33 |
| Subtotal | $11,462.33 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals | $11,462.33 | $11,462.33 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

$11,462.53                $0.00

Exhibit 9

Page Subtotals:                    $0.00        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee | Exhibit 9 |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX3119 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # XXXXXX4266 | Bank Funds Transfer | 9999-000 | $11,319.04 | | $11,319.04 |
| 02/06/13 | 1001 | ESTATE OF CONTINETAL SERVICES LIGHT | Transfer to new trustee Michael B. Michael Berland is successor trustee | 9999-000 | | $11,319.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,319.04 | $11,319.04 |
| Less: Bank Transfers/CD's | $11,319.04 | $11,319.04 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $11,319.04 | $11,319.04 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-39658
Case Name: Continental Refrigerated Srvcs, LLC

Taxpayer ID No: XX-XXX3721
For Period Ending: 12/05/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX9785
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/13 | | WALLER, BRADLEY | Transfer from former trustee | 9999-000 | $11,319.04 | | $11,319.04 |
| 03/08/13 | | CONGRESSIONAL BANK | Bank service fee | 2600-000 | | $10.85 | $11,308.19 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $12.01 | $11,296.18 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.61 | $11,284.57 |
| 06/04/13 | | CONGRESSIONAL BANK | Bank Fee | 2600-000 | | $11.98 | $11,272.59 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.58 | $11,261.01 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.96 | $11,249.05 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.94 | $11,237.11 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.55 | $11,225.56 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.92 | $11,213.64 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.52 | $11,202.12 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.89 | $11,190.23 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.88 | $11,178.35 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.72 | $11,167.63 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.86 | $11,155.77 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.46 | $11,144.31 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.83 | $11,132.48 |

Page Subtotals: $11,319.04   $186.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 09-39658 | Trustee Name: Peter N. Metrou, Trustee | **Exhibit 9** |
| Case Name: Continental Refrigerated Srvcs, LLC | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX9785 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3721 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 12/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.44 | $11,121.04 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.81 | $11,109.23 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $11.80 | $11,097.43 |
| 09/29/14 | 1001 | PETER METROU, TRUSTEE OF CONTINTAL Services LLC | Transfer of all monies to successor Peter Metrou was appointed successor trustee when  Michael Berland resigned Peter Metrou was appointed successor trustee when Michael Berland resigned | 9999-000 | | $11,097.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,319.04 | $11,319.04 |
| Less: Bank Transfers/CD's | $11,319.04 | $11,097.43 |
| Subtotal | $0.00 | $221.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $221.61 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $11,132.48 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3119 - Checking Account (Non-Interest Earn | $0.00 | $0.00 | $0.00 |
| XXXXXX4265 - Money Market Account (Interest Earn | $4.57 | $122.86 | $0.00 |
| XXXXXX4265 - Money Market Account (Interest Earn | $11,462.33 | $0.00 | $0.00 |
| XXXXXX4266 - Money Market Account (Interest Earn | $0.00 | $25.00 | $0.00 |
| XXXXXX5181 - Checking Account (Non-Interest Earn | $0.00 | $11,097.43 | $0.00 |
| XXXXXX9785 - Checking Account (Non-Interest Earn | $0.00 | $221.61 | $0.00 |
| | $11,466.90 | $11,466.90 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $11,466.90 | |
| Total Gross Receipts: | $11,466.90 | |

Page Subtotals:                                    $0.00        $0.00